**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**Northern** District of **Iowa**
(State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. Debtor's name | **McQuillen Place Company, LLC** | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | **Classic Cleaners**<br>**Classic Cleaners of Charles City** | |
| 3. Debtor's federal Employer Identification Number (EIN) | 4 6 – 3 9 8 7 8 2 5 | |
| 4. Debtor's address | **Principal place of business**<br><br>**1110 North Grand Ave., Suite 300**<br>Number    Street<br><br>**Charles City        Iowa    50616**<br>City            State    ZIP Code<br><br>**Floyd County**<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>**123 North Main Street**<br>Number    Street<br><br>**Charles City, Iowa 50616**<br>City    State    ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor __McQuillen Place Company, LLC__  Case number (if known) _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__5__ __3__ __1__ __3__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When __/__/____ MM/DD/YYYY  Case number _____
         District _____ When __/__/____ MM/DD/YYYY  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
         District _____ When __/__/____ MM/DD/YYYY
         Case number, if known _____

Debtor  **McQuillen Place Company, LLC**　　　　Case number (if known)_____
　　　　Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

　　Why does the property need immediate attention? (Check all that apply.)

　　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　　　What is the hazard? _____

　　☐ It needs to be physically secured or protected from the weather.

　　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

　　☐ Other _____

　　Where is the property? _____
　　　　　　　　　　　　　　Number　　Street

　　　　　　　　　　_____
　　　　　　　　　　City　　　　　　　　　　　　　　State　　ZIP Code

　　Is the property insured?

　　☐ No
　　☒ Yes. Insurance agency  **DSP Insurance Services**
　　　　　　Contact name　　**Melissa Ocampo**
　　　　　　Phone　　**847.485.2426**

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49　　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
☐ 50-99　　　　　 ☐ 5,001-10,000　　　  ☐ 50,001-100,000
☐ 100-199　　　　☐ 10,001-25,000　　  ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000　　　　　　　☒ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　　☐ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　　 ☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　　 ☐ $100,000,001-$500 million　☐ More than $50 billion

Debtor  **McQuillen Place Company, LLC**
Name

Case number (if known) _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/25/2019**
MM / DD / YYYY

X /s/ Charles M. Thomson    **Charles M. Thomson**
Signature of authorized representative of debtor    Printed name

Title  **Member**

**18. Signature of attorney**

X /s/ Charles M. Thomson    Date  **04/25/2019**
Signature of attorney for debtor    MM / DD / YYYY

**Charles M. Thomson**
Printed name
**Law Office of Charles M. Thomson**
Firm name
**1110 North Grand Ave., Suite 300**
Number    Street
**Charles City**    **Iowa**    **50616**
City    State    ZIP Code

**847-456-1911**    **cthomson@doall.com**
Contact phone    Email address

**AT00010387**    **Iowa**
Bar number    State