# United States Bankruptcy Court
### Northern District of Iowa

In re __McQuillen Place Company, LLC_____
Debtor(s)

Case No. _____
Chapter __11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................... $ _____5,600.00

   Prior to the filing of this statement I have received ................................... $ _____5,600.00

   Balance Due ................................................................................................ $ _____0.00

2. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify):    **$5600 paid by Charles Thomson**

3. The source of compensation to be paid to me is:

   ☐ Debtor    ☑ Other (specify):    **$250/hr after fees are extinguished.**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__May 10, 2019_____
*Date*

/s/ **Donald H. Molstad**
**Donald H. Molstad 3755**
*Signature of Attorney*
**Molstad Law Firm**
**701 Pierce Street, Ste. 305**
**Sioux City, IA 51101**
**712-255-8036   Fax: 712-255-4642**
**mlawfirm@yahoo.com**
*Name of law firm*

---

Fill in this information to identify the case:

Debtor name **McQuillen Place Company, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy           04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:     Income

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | $9,346.45 |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | $33,339.69 |

2.   **Non-business revenue**
     Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
     and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:     List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
     List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
     filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
     and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Amelia Management<br>1110 N Grand Avenue, Ste. 300<br>Charles City, IA 50616 | 5/31/18;<br>6/18/18;<br>6/25/18;<br>8/15/18;<br>9/27/18;<br>10/16/18 | $1,435.00 | **The payments were to Bret Frieburg from McQuillen Place (Classic Cleaners) for mowing & related services. They were for the benefit of Amelia Management, not Classic Cleaners. They were written on Classic Cleaners because Mr. Frieburg demanded immediate payment and the only person available to write him a check was a signer on the Classic Cleaner/McQuillen Place account.** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **First Security Bank & Trust Company vs. McQuillen Place Company LLC, et. al.**<br>**EQCV031170** | **Foreclosure & Counterclaim** | **IA District Court Floyd County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   **McQuillen Place Company LLC vs. Iowa Economic Development Authority**<br>**CVCV031277** | | **IA District Court Floyd County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Molstad Law Firm 701 Pierce Street, Ste. 305 Sioux City, IA 51101** | **Attorney Fees** | **5/2/19** | **$5,600.00** |
| | Email or website address **mlawfirm@yahoo.com** | | | |
| | Who made the payment, if not debtor? **Charles Thomson** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    · List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 123 N Main Street Charles City, IA 50616 | 2013-Present |
| 14.2. | 1110 North Grand Avenue Charles City, IA 50616 | 2013-Present |
| 14.3. | 601 North Main Street Charles City, IA 50616 | 1/18-5/18 |
| 14.4. | 611 Clark Street Charles City, IA 50616 | 1/15-10/18 |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Unknown | Charles Thomson | Salvaged limestone & misc. items are kept at site outside of Charles City. An itemized list available upon request. | ☐ No<br>■ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Various customers | Debtor's Place of Bus. & Ft Dodge Plant | Various clothing/garments belonging to customers that are being professionally cleaned or processed by the debtor's personnel or at a third party's facility. | $1,595.85 |

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

   ☐ No.
   ■ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **Duplex with 33 units**<br>**123 N Main Street**<br>**Charles City, IA 50616** | **None** | **During 2015, the debtor encountered a buried fuel oil tank during excavation for the foundation of 123 N Main Street. It was disposed of in accordance with proper enviromental protocols.** | **None** |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **McQuillen Place Company LLC**<br>**1110 North Grand Avenue, Ste. 300**<br>**Charles City, IA 50616** | **Rental** | **Dates business existed**<br>EIN:   **46-3987825**<br><br>From-To   **7/14-Continuous** |

---

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Joe Benter Bergan KDV 100 East Park Avenue, Ste. 300 Waterloo, IA 50703 | 5/14-4/19 |
| 26a.2. | Cornice & Rose 804 W Robert Road Barrington, IL 60010 | 5/14-4/19 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Charles M. Thomson 1110 North Grand Avenue, Ste. 300 Charles City, IA 50616 | |
| 26c.2. | Nancy Vance 1110 North Grand Avenue, Ste. 100 Charles City, IA 50616 | |
| 26c.3. | Cornice & Rose 804 W Roberts Road Barrington, IL 60010 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles M. Thomson | 1110 North Grand Avenue, Ste. 300 Charles City, IA 50616 | Owner | 60 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Gray | 804 W Roberts Road Barrington, IL 60010 | Owner | 40 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☑ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☑ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 10, 2019**

**/s/ Charles M. Thomson**                    **Charles M. Thomson**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor  **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name    **McQuillen Place Company, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:   Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................    $          500,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $        8,048,127.63

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................................    $        8,548,127.63

---

**Part 2:   Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*......................    $        6,836,931.29

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $                0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................    +$        3,569,731.03

4.  **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b                                                                                                  $    10,406,662.32

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name   **McQuillen Place Company, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property               12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $110.45 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Cedar Rapids Bank & Trust** | **Checking** | 8199 | $4,279.86 |
| 3.2. | **First Security Bank & Trust co.** | **Checking** | 4624 | $253.03 |
| 3.3. | **First Security Bank & Trust Co** | **Checking (dba Classic Cleaners)** | 6270 | $35.91 |
| 3.4. | **Family Community Credit Union** | **Savings** | 3001 | $5.00 |
| 3.5. | **Family Community Credit Union** | **Checking** | 3001 | $1,135.37 |
| 3.6. | **Family Community Credit Union** | **Savings (DIP)** | 2001 | $5.00 |

| 3.7. | **Family Community Credit Union** | Checking (DIP) | 2001 | $20.00 |
|------|-----------------------------------|----------------|------|--------|

4.      Other cash equivalents *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $5,844.62 |
|-----------|

**Part 2:**   **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **There may be some deposit with MidAmerican for electric service at 123 N Main. There is definitely a rebate owed by MidAmerican. This will require additional research.**

| **Unknown** |
|-------------|

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.      **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| $0.00 |
|-------|

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | 1,328.86 | - | 1,141.70 | = .... | $187.16 |
|---------------------------|----------|---|----------|--------|---------|
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $187.16 |
|---------|

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.     **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.     **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                        % of ownership

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

| | Describe: | | | |
|---|---|---|---|---|
| 16.1. | Debtor is given checks daily in payment for cleaning services. All checks are deposited at the Family Community Credit Union in Charles City | | | $0.00 |

17.    **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

|  | $0.00 |
|---|---|

<br>

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Goods completed & waiting for customers to pick up** | | $0.00 | | $1,595.85 |
| 22. **Other inventory or supplies** **Lint brushes, pillow ticking, poly for wrapping finished garments, bags for wrapping finished shirts, sewing and clothing repair supplies** | | $3,000.00 | | $3,000.00 |

23.    **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

|  | $4,595.85 |
|---|---|

24.    **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Dry cleaning equipment, including presses, clothing carousel, washers and dryers, pillow machine, air compressor, boiler (in storage), counters, telephones, desks, fax machine, Datamark computer, printer. Sewing machines and related equipment. Radio. | **$35,000.00** | | **$35,000.00** |
| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. | **Cast iron bracket (presumably from the Union House) salvaged from the foundation excavations at 123 North Main.** | **$2,000.00** | N/A | **$2,000.00** |
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | **$37,000.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2002 Ford Windstar (200,000+ miles)** **Inoperable due to suspension** | **$500.00** | N/A | **$500.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**
       **An unknown number of washers, dryers,
       dishwashers, stoves and fridges located at
       123 North Main Street, Charles City, Iowa
       (Inventory in progress)**                                   Unknown                              Unknown

       **The building at 123 North Main contains
       various electronic apparatus and devices
       related to its operation as an apartment house.
       The include smoke
       detectors,telecommunication devices, cables,
       boxes for electric circuitry, etc**                         Unknown                              Unknown

       **There are miscellaneous tools, cabinet,
       mouldings, tables, lamps, fans, heaters,
       documents, etc. scattered throughout 123 N
       Main which belong to the debtor. Note: some
       of these belong to third parties.**               Unknown      N/A                              Unknown

51.    **Total of Part 8.**                                                                 |  $500.00  |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

       ☐ No.  Go to Part 10.
       ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 55.1. | **123 N Main Street, Charles City, Iowa 50616 (Duplex of 33 units)** | | | |
| | **Lots one, two, three, four and five (1, 2, 3, 4 and 5) of the Irregular Survey of block twenty-one (21), Original plat of St. Charles, now incorporated in and as a part of Charles City, Floyd County, Iowa, subject to easements of record** | Fee Owner | $500,000.00   N/A | $500,000.00 |

56.    Total of Part 9.

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

                                                                                          $500,000.00

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** **The debtor has registered McQuillenPlace.com. The debtor also operates two Facebook pages, one for "Classic Cleaners of Charles City" and one for "McQuillen Place". The design and exterior appearance, including, but not limited to, the silhouette of the clock tower, of McQuillen Place are protected by copyright.** | Unknown   N/A | | Unknown |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

|  | The debtor owns a variety of licenses and contract rights related to the construction and development of the building. These include building permits, the debtor's interest in two condominiums, the debtor's interest in the condominium association of which the two condominiums are members, the debtor's rights under MEP and other design and construction contracts. | Unknown | N/A | Unknown |
|---|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** Customer lists of (a) persons interested in renting dwellings at McQuillen Place; (b) persons interested in renting commercial space at McQuillen Place, and (c) persons using the Classic Cleaners division of McQuillen Place Company for dry cleaning, laundry and related garment and fabric repair, cleaning & maintenance. | Unknown | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** Yes | $0.00 | | Unknown |

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
  ■ No
  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ■ No
  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ■ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
  Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
  Description (for example, federal, state, local)

Management of the debtor believes that First Security Bank & Trust Company paid the most recent real estate tax installments improvidently inasmuch as the value of the building (which wase not complete) was significantly less than the amount at which the building was assessed. Debtor's management believes these payments should be disgorged by the recipients thereof, and that a new assessment agreement needs to be crafted. The debtor's interest in unwinding these transactions might be considered a "tax refund" of some sort. (Unknown but likely in excess of $250,000)

| | | |
|---|---|---|
| | Tax year | Unknown |

---

73.     Interests in insurance policies or annuities

74.     Causes of action against third parties (whether or not a lawsuit has been filed)

75.     Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

**Lawsuit against Iowa Economic Development Authority**                         Unknown

| Nature of claim | Counterclaim |
|---|---|
| Amount requested | $0.00 |

---

1. Counterclaims in EQCV031170 for (a) breach of contract, (b) failure to observe covenant of good faith and fair dealing, (c) tortuous interference, (d) fraud, (e) negligent loan administration, (f) disclosure of confidential information (tort, contract, statute), (g) failure to mitigate, and (h) using illegally large market share to overreach; 2. as yet unfiled claims concerning tortuous interference, quantum meriut on $500,000 from CRBT, etc. 3. claim for abuse of process     $4,000,000.00

| Nature of claim | Counterclaim |
|---|---|
| Amount requested | $4,000,000.00 |

---

The debtor has a number of claims against First Security bank & Trust Co., Cedar Rapids Bank & Trust Co., certain individuals affiliated with a local banking institution, certain vendors involved in the construction of McQuillen Place (including but not limited to MidAmerican Energy) and the Iowa Economic Development Authority. The debtor's management believes the value of these claims to exceed $4,000,000. These claims are disputed.     $4,000,000.00

| Nature of claim | Counterclaim |
|---|---|
| Amount requested | $4,000,000.00 |

---

Possible claims against vendors in construction for delays in completion, poor workmanship (requiring repairs), failure to comply initally with codes (requiring retrofitting), and related claims     Unknown

| Nature of claim | |
|---|---|
| Amount requested | $0.00 |

---

76.     Trusts, equitable or future interests in property

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Pursuant to the development agreement with the City of Charles City, the debtor has a number of rights or powers which might be characterized as "future interests" or equitable interests in property. The debtor also has certain rights under agreements with the IEDA, Niacog and Cerro Gordo County which might be characterized as future interests or equitable interests in property. In addition, the ownership of the building is split into two condominiums, both of which are owned by the debtor

Unknown

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

General going concern value and development rights.

Unknown

Limestone salvaged from excavation of 123 North Main prior to construction. Dimension stone left over from facade work on 123 N Main. Drawings, plans, etc. for building. Promotional materials for building. Miscellaneous antique dry cleaning advertising posters. Good will associated with Classic Cleaners. Know-how related to shirt pressing.

Unknown

Telephone number for Classic Cleaners

Unknown

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

    **$8,000,000.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,844.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $187.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,595.85 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $37,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $500.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..............................................> | | $500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $8,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $8,048,127.63 | + 91b. $500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,548,127.63 |

Fill in this information to identify the case:

Debtor name **McQuillen Place Company, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

---

**2.1 First Security Bank & Trust Co.**
Creditor's Name

**809 Clark Street**
**Charles City, IA 50616**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2014-2017**
Last 4 digits of account number
**5611**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. First Security Bank & Trust Co.**
**2. Iowa Economic Development Authority**
**3. Schindler Elevator Corporation**

Describe debtor's property that is subject to a lien
**123 N Main Street, Charles City, Iowa 50616**
**(Duplex of 33 units) (Lawsuit)**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| | |
|---|---|
| $3,839,024.29 | $500,000.00 |

---

**2.2 Iowa Economic Development Authority**
Creditor's Name

**200 East Grand Avenue**
**Des Moines, IA 50309**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Describe debtor's property that is subject to a lien
**123 N Main Street, Charles City, Iowa 50616**
**(Duplex of 33 units)**

Describe the lien
**Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No

| | |
|---|---|
| $2,940,000.00 | $500,000.00 |

---

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 2

**2014**
Last 4 digits of account number

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☑ Disputed |

---

| 2.3 | **Schindler Elevator Corporation** | | Describe debtor's property that is subject to a lien | $57,907.00 | $500,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**1530 Timberwolf Drive
Holland, OH 43528**
Creditor's mailing address

123 N Main Street, Charles City, Iowa 50616
(Duplex of 33 units)

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2016-2017**
Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☑ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $6,836,931.29

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Larry S. Eide**<br>**Randall E. Nielsen**<br>**103 E State St., Ste. 800**<br>**P.O. Box 1588**<br>**Mason City, IA 50402** | Line  2.1 | |
| **Laura M. Hyer**<br>**Vernon P. Squires**<br>**P.O. Box 2804**<br>**2007 1st Avenue SE**<br>**Cedar Rapids, IA 52406** | Line  2.1 | |
| **Robert C. Gainer**<br>**505 5th Avenue, Ste. 835**<br>**Des Moines, IA 50309** | Line  2.3 | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **McQuillen Place Company, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| **Amelia Management** | ☐ Contingent | |
| **1110 N Grand Avenue, Ste. 300** | ☐ Unliquidated | |
| **Charles City, IA 50616** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | Basis for the claim:  **Business Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
| **Atlas Painting** | ☐ Contingent | |
| **911 Sycamore Street** | ☐ Unliquidated | |
| **Waterloo, IA 50703** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | Basis for the claim:  **Business Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,816.15** |
| **Bergan KDV** | ☐ Contingent | |
| **P.O. Box 2100** | ☐ Unliquidated | |
| **Waterloo, IA 50704** | ☐ Disputed | |
| Date(s) debt was incurred _ | | |
| | Basis for the claim:  **Business Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
| **Bluhm's Cedar Valley Electric** | ☐ Contingent | |
| **409 South Johnson Street** | ☐ Unliquidated | |
| **Charles City, IA 50616** | ■ Disputed | |
| Date(s) debt was incurred _ | | |
| | Basis for the claim:  **Business Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**BRP Bruening**
**900 Montgomery Street**
**Decorah, IA 52101**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cerro Gordo County, Iowa**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,142,500.00** |
|---|---|---|---|

**Charles M. Thomson**
**1110 North Grand Avenue, Ste. 300**
**Charles City, IA 50616**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,756.00** |
|---|---|---|---|

**Cincinnati Insurance**
**P.O. Box 145496**
**Cincinnati, OH 45250-5496**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,000,000.00** |
|---|---|---|---|

**Cornice & Rose Intl Ltd.**
**804 W Roberts Road**
**Barrington, IL 60010**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Custom Air**
**c/o Brett Payton**
**10443 Osage Road**
**Waterloo, IA 50703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,068.17** |
|---|---|---|---|

**Dean Snyder Construction**
**913 N 14th Street**
**Clear Lake, IA 50428**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,619.71 |

**Design Build Structures**
**7518 Peosta Industrial Drive**
**Peosta, IA 52068**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,600.00 |

**Elwood Law Firm**
**116 N Main Street**
**Charles City, IA 50616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $212,530.00 |

**Floyd County Treasurer**
**101 South Main Street, #303**
**Charles City, IA 50616**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,800.00 |

**Hawkeye Alarm**
**16 Commerical Street**
**Waterloo, IA 50701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |

**IL Switchboard**
**125 West Laura Drive**
**Addison, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,097.00 |

**J.E.D. Construction**
**102 Grand Street**
**Elma, IA 50628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |

**Jendro Sanitation**
**108 Prospect Lane**
**Charles City, IA 50616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Business Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** <br> **Kamm Excavating Corp.** <br> **1301 Hildreth Street** <br> **Charles City, IA 50616** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Business Debt** <br><br> Is the claim subject to offset? ☐ No  ☐ Yes | **$3,144.75** |
| 3.20 | **Nonpriority creditor's name and mailing address** <br> **MAS** <br> **41W195 Railroad Street** <br> **Pingree Grove, IL 60140** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Business Debt** <br><br> Is the claim subject to offset? ☐ No  ☐ Yes | **$5,200.00** |
| 3.21 | **Nonpriority creditor's name and mailing address** <br> **Mediacom** <br> **1 Mediacom Way** <br> **Mediacom Park** <br> **New York, NY 10918** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> Basis for the claim:  **Business Debt** <br><br> Is the claim subject to offset? ☐ No  ☐ Yes | **$600.00** |
| 3.22 | **Nonpriority creditor's name and mailing address** <br> **Mick Gage Plumbing & Heating** <br> **511 West Milwaukee Street** <br> **New Hampton, IA 50659** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Business Debt** <br><br> Is the claim subject to offset? ☐ No  ☐ Yes | **$1,500.00** |
| 3.23 | **Nonpriority creditor's name and mailing address** <br> **Mid American Energy** <br> **666 Grand Avenue** <br> **Des Moines, IA 50309** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> Basis for the claim:  **Business Debt** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$3,500.00** |
| 3.24 | **Nonpriority creditor's name and mailing address** <br> **Midwest Engineering** <br> **8236 W 51st Street** <br> **Sioux Falls, SD 57106** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Business Debt** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$1,300.00** |
| 3.25 | **Nonpriority creditor's name and mailing address** <br> **Midwest Fire Sprinkler** <br> **2001 De Wolf Street** <br> **Des Moines, IA 50316** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  **Business Debt** <br><br> Is the claim subject to offset? ■ No  ☐ Yes | **$24,000.00** |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,700.00 |
|---|---|---|---|

**Mills, Inc.**
312 North Main Street
Charles City, IA 50616

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,692.00 |
|---|---|---|---|

**O'Hara's Son Roofing Corporation**
3306 N Knox Avenue
Chicago, IL 60641

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,943.51 |
|---|---|---|---|

**Pederson Plumbing**
412 Sample Street
Nashua, IA 50658

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,582.00 |
|---|---|---|---|

**Phillips Modern Ag**
2153 S Linn Avenue
New Hampton, IA 50659

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,587.50 |
|---|---|---|---|

**Planscape Partners**
1200 Nicollet Avenue, Ste. 706
Minneapolis, MN 55403

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $727.02 |
|---|---|---|---|

**Premier Cleaners**
816 First Avenue N
Fort Dodge, IA 50501

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,499.83 |
|---|---|---|---|

**TJ Appliance**
221 North Main Street
Charles City, IA 50616

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,000.00** |

**3.33** Nonpriority creditor's name and mailing address
**Unruh Insulation**
**2633 450 Street**
**Stacyville, IA 50476**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,000.00**

---

**3.34** Nonpriority creditor's name and mailing address
**VanMeter**
**850 32nd Ave. SW**
**Cedar Rapids, IA 52404**

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,067.39**

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Carlyle D. Dalen**<br>**Asst. County Attorney**<br>**220 N Washington Avenue**<br>**Mason City, IA 50401** | Line **3.6**<br><br>☐  Not listed. Explain _____ | ___ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 3,569,731.03 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 3,569,731.03 |

Fill in this information to identify the case:

Debtor name    **McQuillen Place Company, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*                    *Property*
    (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1.    State what the contract or    **Debtor is party to many**
    lease is for and the nature of    **dozens of contracts**
    the debtor's interest    **pursuant to the**
      **construction of**
      **McQuillen Place. All**
      **known outstanding**
      **balances on these**
      **contracts are shown on**
      **Schedule B.**

    State the term remaining

    List the contract number of any    **Various**
    government contract

Fill in this information to identify the case:

Debtor name    **McQuillen Place Company, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor                                                    Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Amelia Management LLC | 1110 N Grand Avenue, Ste. 300 Charles City, IA 50616 | First Security Bank & Trust Co. | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | Amelia Trust | c/o Judith M. Odonohoe P.O. Box 307 116 N Main Street Charles City, IA 50616 | First Security Bank & Trust Co. | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.3 | Charles M. Thomson | 1110 N Grand Avenue, Ste. 300 Charles City, IA 50616 | First Security Bank & Trust Co. | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.4 | Robert L. Thomson | 401 Spriggs Street Charles City, IA 50616 | First Security Bank & Trust Co. | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |

# United States Bankruptcy Court
## Northern District of Iowa

In re __McQuillen Place Company, LLC__

Debtor(s)

Case No. _____

Chapter __11__

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

## PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing:    $    33,339.69

## PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income    $    3,006.75

## PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor)   $ | 2,123.33 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 157.33 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 2,378.17 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 30.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 1,542.75 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

DESCRIPTION        TOTAL

21. Other (Specify):

DESCRIPTION        TOTAL
**RET**        **1,248.00**

22. Total Monthly Expenses (Add items 3-21)    $    7,479.58

## PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $    -4,472.83

Debtor name  **McQuillen Place Company, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF IOWA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

█████ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■  Other document that requires a declaration  **Statement of Financial Affairs; List of Equity Security Holders; Statement Regarding Authority to Sign & File Petition; Resolution; Payment Advices**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 10, 2019**          X /s/ Charles M. Thomson
                                         Signature of individual signing on behalf of debtor

                                       **Charles M. Thomson**
                                         Printed name

                                       **Owner**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Northern District of Iowa

In re    **McQuillen Place Company, LLC**        Case No. _____

                 Debtor(s)        Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Charles M. Thomson**<br>**1110 North Grand Avenue, Ste. 300**<br>**Charles City, IA 50616** | | **60** | |
| **James Gray**<br>**804 W Roberts Road**<br>**Barrington, IL 60010** | | **40** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 10, 2019** _____        Signature   **/s/ Charles M. Thomson** _____

                                                          **Charles M. Thomson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Iowa

In re    **McQuillen Place Company, LLC**                       Case No.                                
                                         Debtor(s)                Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **McQuillen Place Company, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

---

**May 10, 2019**                                  **/s/ Donald H. Molstad**

Date                                             **Donald H. Molstad 3755**

Signature of Attorney or Litigant
Counsel for    **McQuillen Place Company, LLC**
**Molstad Law Firm**
**701 Pierce Street, Ste. 305**
**Sioux City, IA 51101**
**712-255-8036 Fax:712-255-4642**
**mlawfirm@yahoo.com**