IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE ) | CHAPTER 7 |
| ) | CASE NO. 19-00507 |
| MCQUILLEN PLACE COMPANY, LLC, ) | |
| ) | ORDER GRANTING REPORT OF SALE |
| Debtors. ) | |
| ) | |
| ) | |

    NOW this matter comes before the Court on the Motion of the Trustee to grant Report of Sale. The Court having examined the Motion and being otherwise fully advised, FINDS that said Report of Sale should be granted

    DATED AND ENTERED

January 29, 2020

_____
UNITED STATES BANKRUPTCY JUDGE

This order was prepared by:
Charles L. Smith, Trustee