# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 7<br>Bankruptcy No. |
| McQuillen Place Company, LLC | 19–00507 |
| Debtor(s) |  |

## NOTICE SETTING TELEPHONIC HEARING
## ON MOTION FOR EQUITY SECURITY HOLDERS TO AMEND JUDGMENT (DOC. 120)

TO:
Charles McQuillen Thomson, Attorney for Debtor(s)
Charles L. Smith, Trustee
United States Trustee
JD Haas, Attorney for Debtor
Donald Molstad, Attorney for Debtor
Larry Eide, Attorney for First Security Bank & Trust Company
Monica Clark and Bradley Sloter, Attorneys for City of Charles City, Iowa
Brandon Gray, Attorney for Iowa Economic Development Authority
Joseph Schmall and Laura Hyer, Attorneys for Cedar Rapids Bank & Trust Company

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

*February 14, 2020 at 01:30 PM*

**NOTE: PLEASE USE THE FOLLOWING INSTRUCTIONS FOR THE TELEPHONE HEARING**
1. Call the toll free number: 1–888–684–8852
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 0507
4. After the security code is entered, you will be connected into the conference
5. Please identify yourself after you have joined the conference

MEGAN R. WEISS
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Date: February 11, 2020

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101