UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| MCQUILLEN PLACE COMPANY, LLC, an | ) | Case No. 19-00507 |
| Iowa limited liability company, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1:** **Identify the appellant(s)**

1. Name(s) of appellant(s): Cornice & Rose International, Inc.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
x Creditor
☐ Trustee
☐ Other (describe) _____

**Part 2:** **Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

"Order Authorizing Approving Sale Pursuant to Section 363 of the Bankruptcy Code and Providing Related Relief (Related Doc # 134) Dated and Entered on 4/9/2020. (tsta) (Entered: 04/09/2020)" (Docket #154)

"Proceeding Memo and Order. (related document(s)155 Motion to Reconsider, 156 Motion to Reconsider, 157 Motion, 158 Motion To Stay) (jmei) (Entered: 05/15/2020)" (Docket #180)

2. State the date on which the judgment, order, or decree was entered: April 9, 2020 and May 15, 2020

1

**Part 3:**   Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Charles L. Smith, Trustee       Attorney:       Telpner Peterson Law Firm, LLP
                                                          25 Main Place, Suite 200
                                                          Council Bluffs, IA 51503
                                                          Telephone: (712) 325-9000

2. Party: First Security Bank & Trust Co. Attorney:       Larry S. Eide, Esq.
                                                          Pappajohn, Shriver, Eide
                                                               & Nielsen PC
                                                          103 E State St # 800
                                                          Mason City, IA 50401
                                                          Telephone: (641) 423-4264

                                                          Randy Nielsen, Esq.
                                                          Pappajohn, Shriver, Eide
                                                               & Nielsen PC
                                                          103 E State St # 800
                                                          Mason City, IA 50401
                                                          Telephone: (641) 423-4264

                                                          Eric Lam, Esq.
                                                          Simmons Perrine Moyer
                                                               Bergman PLC
                                                          115 3rd Street SE, Suite 1200
                                                          Cedar Rapids, Iowa 52401-1266
                                                          Telephone: (319) 896-4018

                                                          Eric Langston, Esq.
                                                          Simmons Perrine Moyer
                                                               Bergman PLC
                                                          115 3rd Street SE, Suite 1200
                                                          Cedar Rapids, Iowa 52401-1266
                                                          Telephone: (319) 896-4018

3.    Party: Four Keys, LLC              Attorney:       Eric Lam, Esq.
                                                          Simmons Perrine Moyer
                                                               Bergman PLC
                                                          115 3rd Street SE, Suite 1200
                                                          Cedar Rapids, Iowa 52401-1266
                                                          Telephone: (319) 896-4018

                                            Eric Langston, Esq.
                                            Simmons Perrine Moyer
                                                 Bergman PLC
                                            115 3rd Street SE, Suite 1200
                                            Cedar Rapids, Iowa 52401-1266
                                            Telephone: (319) 896-4018

4.      Party: Charles M. Thomson      Attorney:      Charles M. Thomson, Esq.
                                                         Law Office of Charles M. Thomson
                                                         1110 N. Grand Ave., Suite 300
                                                         Charles City, Iowa 50616
                                                         Telephone: (847) 456-1911

5.      Party: James Gray                   Attorney:      Charles M. Thomson, Esq.
                                                         Law Office of Charles M. Thomson
                                                         1110 N. Grand Ave., Suite 300
                                                         Charles City, Iowa 50616
                                                         Telephone: (847) 456-1911

6.      Party: City of Charles City, IA      Attorney:      Monica Clark, Esq.
                                                           Dorsey & Whitney, LLP
                                                         50 South Sixth Street, Suite 1500
                                                         Minneapolis, MN  55402-1498
                                                         Telephone:  (612) 340-2600

**Part 4:** **Optional election to have appeal heard by District Court** (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.
    ☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

Appellant hereby reserves its right to elect under 28 U.S.C. §158(c)(1) at any time prior to the expiration of the

**Part 5: Sign below**

/s/ Bradley R. Kruse                                 Date: May 29, 2020
Signature of attorney for appellant(s)

Name, address, and telephone number of attorney

Bradley R. Kruse
Dickinson Mackaman Tyler & Hagen, P.C.
699 Walnut Street, Suite 1600
Des Moines, IA 50309
(515) 246-4505 / bkruse@dickinsonlaw.com