# U.S. BANKRUPTCY APPELLATE PANEL
FOR THE EIGHTH CIRCUIT

## APPEAL BRIEFING SCHEDULE

Appeal No.   20-6012   Cornice & Rose International v. Charles L. Smith, et al
                    20-6013   Charles M. Thomson, et al v. Charles L. Smith, et al

Date:        June 01, 2020

These appeals have been consolidated for briefing and submission to the court. This schedule has been established in conformity with Fed.R. Bankr.P. 8015 and 8016. Extensions of time will not be routinely granted.

### TRANSCRIPT REQUIREMENTS:

The transcript must be ordered <u>within fourteen days</u> of the filing of the notice of appeal. Counsel may not "buy time" to file a brief by failing to timely order a transcript. Failure of appellant to provide the transcript may result in the dismissal of the appeal.

### FILING DATES:

Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **07/01/2020**

Appellant Briefs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **07/31/2020**

Appellee Briefs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**30 days from service of Appellant Briefs**

Reply Briefs (optional) . . . . . . . . . . . . . . . . . . . . . . . .**14 days from service of Appellee Briefs**