_____

No: 20-6013
_____

In re: McQuillen Place Company, LLC, also known as Classic Cleaners, also known as Classic Cleaners of Charles City

Debtor

------------------------------

Charles M. Thomson; James A. Gray

Creditors - Appellants

v.

Charles L. Smith

Trustee - Appellee

First Security Bank & Trust Co.; Four Keys, LLC; City of Charles City, Iowa

Creditors - Appellees

_____

U.S. Bankruptcy Court for the Northern District of Iowa - Mason City
(19-00507)
_____

**JUDGMENT**

Appellees First Security Bank & Trust Co. and Four Keys, LLC have filed an election to have this appeal heard by the District Court. Accordingly, this case is hereby transferred to the U.S. District Court for the Northern District of Iowa.

June 16, 2020

Order Entered Under Rule 8013A:
Clerk, U.S. Bankruptcy Appellate Panel, Eighth Circuit.
_____
/s/ Michael E. Gans