# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 7 <br> Bankruptcy No. |
| McQuillen Place Company, LLC | 19–00507 |
| Debtor(s) |  |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on June 17, 2020. The following deadlines apply:

The parties have until June 24, 2020 to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Statement of Redaction Submitted* is July 8, 2020.

If a Statement of Redaction Submitted has been filed, the redacted transcript is due by July 20, 2020.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, on September 15, 2020, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

Date: June 18, 2020                                            MEGAN R. WEISS
                                                                                   Clerk, Bankruptcy Court