```
MIME-Version:1.0
From:ndia.ecf.notification@iand.uscourts.gov
To:ndia.ecf.notification@iand.uscourts.gov
Bcc:
--Case Participants: Monica Clark (clark.monica@dorsey.com), Larry S Eide
(eide@pappajohnlaw.com), Eric W Lam (elam@simmonsperrine.com, kcarmichael@spmblaw.com,
tdomeyer@spmblaw.com), Eric Jay Langston (elangston@spmblaw.com), Randall E Nielsen
(nielsen@pappajohnlaw.com), Charles L Smith (csmith@telpnerlaw.com), Charles McQuillen
Thomson (cthomson@doall.com), US Bankruptcy Clerk-IAND (appeals@ianb.uscourts.gov), Chief
Magistrate Judge Kelly K.E. Mahoney (jami_gollhofer@iand.uscourts.gov,
kelly_mahoney@iand.uscourts.gov), Judge CJ Williams (cj_williams@iand.uscourts.gov,
graham_carl@iand.uscourts.gov, jackson_obrien@iand.uscourts.gov,
sali_vanweelden@iand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<2266140@iand.uscourts.gov>
Subject:Activity in Case 6:20-cv-02041-CJW-KEM Thomson et al v. Smith et al Bankruptcy
Appeal
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Northern District of Iowa

## Notice of Electronic Filing

The following transaction was entered on 6/17/2020 at 1:00 PM CDT and filed on 6/17/2020

| | |
|---|---|
| **Case Name:** | Thomson et al v. Smith et al |
| **Case Number:** | [6:20-cv-02041-CJW-KEM](#) |
| **Filer:** | First Security Bank & Trust Co. |
| | Four Keys, LLC |

**Document Number:** [1](#)

**Docket Text:**
**NOTICE of Appeal from Bankruptcy Appellate Panel. Bankruptcy Appellate Panel case number 20-6013. Bankruptcy Court case number 19-507. File received. Election by First Security Bank & Trust Co and Four Keys, LLC. (pac)**

**6:20-cv-02041-CJW-KEM Notice has been electronically mailed to:**

Larry S Eide     eide@pappajohnlaw.com

Eric W Lam     elam@simmonsperrine.com, kcarmichael@spmblaw.com, tdomeyer@spmblaw.com

Randall E Nielsen     nielsen@pappajohnlaw.com

Charles L Smith     csmith@telpnerlaw.com

Charles McQuillen Thomson     cthomson@doall.com

Monica Clark     clark.monica@dorsey.com

Eric Jay Langston     elangston@spmblaw.com

US Bankruptcy Clerk-IAND     APPEALS@IANB.USCOURTS.GOV

**6:20-cv-02041-CJW-KEM Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=6/17/2020] [FileNumber=2266138-0
] [374a97dc9c5d34e168b9c7a14d602dd244e551a7b315ee2c937f18b41f574a2819e
7f8e40400c66885ee7beea927b4fb1524b74c3319d9068f78a7853f277d67]]