UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MCQUILLEN PLACE COMPANY, LLC,<br><br>Debtor. | Chapter 7 Bankruptcy<br>Case No. 19-00507<br><br>**RESPONSE TO OBJECTION TO PROOF OF CLAIM** |

COMES NOW First Security Bank & Trust Co. ("Bank"), and with respect to an objection ("Objection") filed by Charles M. Thomson and James Gray ("Objectors") on May 8, 2020 (Dkt #177), concerning certain Proof(s) of Claim filed by Bank, respectfully states:

1. When Objectors filed their Objection, they issued an objection bar-day notice, setting forth a day in late May as the objection bar date.

2. Counsel for the Bank and for the Objectors have communicated. Objectors' counsel estimated a new notice will be issued, and agreed that any objection or response from the Bank will not be due earlier than June 29, 2020.

3. As of the morning of June 29, 2020, however, no new objection bar-date notice has yet been re-issued by the Objectors.

4. The Bank files this Response out of an abundance of caution, and to respectfully report to this Court and to Objectors and their Counsel that the Bank and its Counsel do intend to object to, respond to, and otherwise defend against the Objection. The Bank will file appropriate pleading, motion, or response at or before a deadline to be agreed upon by the parties or a deadline to be set upon re-issuance of a bar date notice. The Bank and its Counsel further specifically do not waive and instead do preserve any and all right,

1

objection, defense, argument, remedy, etc., and further respectfully forecast that discovery and eventual trial will likely be needed to resolve the Objection.

WHEREFORE, the Bank respectfully objects and responds to the Objection, as stated herein, and further prays that upon eventual trial this Court overrule and dismiss the Objection, and for such other relief as may be just and proper under the premises.


/s/ Eric W. Lam
Eric W. Lam, AT0004416
Eric J. Langston, AT0014001
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
elangston@spmblaw.com
ATTORNEYS FOR FIRST SECURITY BANK
& TRUST CO.

**Certificate of Service**

The undersigned certifies, under penalty of perjury, that on this 29th day of June, 2020, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

/s/   E Lam

Larry S. Eide; Brad Kruse; Charles Thomson; Charles L. Smith; Monica L. Clark; Brandon Gray; J D Haas; Laura Hyer; Judith O'Donohoe; Christine B. Skilton; Bradley Sloter; L. Ashley Zubal

First Security – McQuillen/Pldgs/BA 19-00507 McQuillen - Drafts/Response to Obj to POC.062920.1712.ewl