certappe

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| | CHAPTER 7 |
| In Re: | Bankruptcy No. |
| | |
| McQuillen Place Company, LLC | 19−00507 |
| | |
| | 20-cv-002041-CJM-KEM |
| Debtor(s) | |

## CERTIFICATE ON APPEAL
### With Record

A Notice of Appeal was filed on May 29, 2020, on behalf of James A. Gray and Charles M. Thomson, by Charles M. Thomson appealing to the Bankruptcy Appellate Panel from the Order Authorizing Approving Sale Pursuant to Section 363 of the Bankruptcy Code and Providing Related Relief filed April 9, 2020 and Proceeding Memo and Order filed May 15, 2020, by the Honorable Thad J. Collins, Bankruptcy Judge.

An Appellee Statement of Election to Proceed in District Court was filed and the Appeal was transferred to U.S. District Court for the Northern District of Iowa on June 16, 2020.

The Clerk of the U.S. Bankruptcy Court hereby certifies the following documents as made available in the electronic court record and in accordance with 28 U.S.C. § 158(a):

[184] Notice of Appeal and Statement of Election to BAP
[186] Certificate of Service re: BAP Appeal and Certificate of Transmission to Appellate Court
[188] Acknowledgment Received from BAP Appeal filed on June 1, 2020 Case No. 20−6013
[190] BAP's Briefing Schedule re: BAP Case # 20−6013
[194] Appellant Designation of Contents for Inclusion in Record of Appeal
[195] Copy of Judgment Re: Appeal from BAP 20−6012
[196] Copy of Judgment Re: Appeal from BAP 20−6013
[205] Acknowledgment Received from USDC Appeal filed on June 17, 2020 Case No. 20−cv−002041−CJM−KEM
[208] Appellee Designation of Contents for Inclusion in Record of Appeal Filed by Four Keys, LLC

Notice is hereby provided through electronic mail to parties who are registered users of the courts CM/ECF system. Non−registered parties receive notice at the address captured on the Notice of Appeal.

Bankruptcy Appeals to the District Court are governed by the United States District Court, Northern District of Iowa, Local Rule 8001.1, Bankruptcy Appeals. This rule may be reviewed in it's entirety at www.iand.uscourts.gov under "Local Rules".

*All subsequent documents relating to the appeal shall be filed with the U.S. District Court.*

MEGAN R. WEISS
Clerk, Bankruptcy Court
by:

*Nicole J. Becker*



Date of Issuance: July 2, 2020

Deputy Clerk

United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401–2101
319 286–2200