# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

McQuillen Place Company, LLC

Debtor(s)

CHAPTER 7
Bankruptcy No.

19−00507

## NOTICE SETTING TELEPHONE HEARING

TO:
Charles McQuillen Thomson, Attorney for Debtor(s)
Charles L. Smith, Trustee
United States Trustee
JD Haas, Attorney for Debtor
Larry Eide, Attorney for First Security Bank & Trust Company
Eric Lam, Attorney for First Security Bank & Trust Company
Eric Langston, Attorney for First Security Bank & Trust Company

NOTICE IS HEREBY GIVEN the above matter(s) will come before the Court on:

***July 24, 2020 at 11:00 AM***

**NOTE: PLEASE USE THE FOLLOWING INSTRUCTIONS FOR THE PHONE HEARING**
1. Call the toll free number: 1−888−684−8852
2. Enter Participant Access Code: 7148063
3. Enter the Participant Security Code: 0507
4. After the security code is entered, you will be connected into the conference
5. Please identify yourself after you have joined the conference

MEGAN R. WEISS
Clerk, Bankruptcy Court
by:

*Danielle Cripe*

Date: July 7, 2020

Deputy Clerk
United States Bankruptcy Court
Northern District of Iowa
111 Seventh Avenue SE Box 15
Cedar Rapids, IA 52401−2101
319−286−2200