UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Bankruptcy |
| | ) | Case No. 19-00507 |
| McQUILLEN PLACE COMPANY, LLC, | ) | |
| | ) | **APPEARANCE FOR CHARLES** |
| Debtor | ) | **THOMSON, JAMES GRAY AND** |
| | ) | **CORNICE & ROSE INTERNATIONAL,** |
| | ) | **LLC** |

COMES NOW the undersigned attorney, pursuant to Bankruptcy Rule 9010(b) and Northern District Rule 9010-1(a) and (b), and hereby files his appearance on behalf of Charles Thomson, James Gray and Cornice & Rose International, LLC.

TOM RILEY LAW FIRM, P.L.C.

By: _____
PETER C. RILEY            AT0006611
TOM RILEY LAW FIRM, P.L.C.
4040 First Avenue NE
P.O. Box 998
Cedar Rapids, IA 52406-0998
Ph.: (319) 363-4040
Fax: (319) 363-9789
E-mail: peterr@trlf.com

ATTORNEY FOR CHARLES THOMSON,
JAMES GRAY AND CORNICE & ROSE
INTERNATIONAL, LLC

PCR/pd

Certificate of Service

I hereby certify that on this ___13th___ day of July, 2020, a true and correct copy of the foregoing was served on attorneys of record via the Court's electronic system:

By: _Phyllis Ditch_