UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MCQUILLEN PLACE COMPANY, LLC,<br><br>Debtor. | Chapter 7 Bankruptcy<br>Case No. 19-00507<br><br>**ORDER re MOTION TO PAY REAL ESTATE TAXES, FOR ASSIGNMENT, AND FOR OTHER RELIEF** |

The matter before the Court is First Security Bank & Trust Co.'s Motion to Pay Real Estate Taxes and for Other Relief (Dkt #206). Due and proper notice of the filing of the Motion was issued. The one and only timely Objection was filed by Thomson, Gray, and C & R Int'l, LLC. (Dkt #228). Pursuant to consent and stipulation, the Court hereby finds and orders any and all relief requested in the Motion is granted, but the entry of this Order is without prejudice to the Objectors or to any other party in interest, with respect the Objectors' pursuit of any real estate tax reduction or abatement proceedings as may be otherwise appropriate.

Dated and Entered:

August 7, 2020

_____
Honorable Thad J. Collins, Chief Judge

Order prepared by
Eric W. Lam AT0004416
Attorney for Bank

So Consented:
__/s/ P. Riley _____
Attorney for Objectors

First Security – McQuillen/Pldgs/BA 19-00507 McQuillen - Drafts/ORDERreMtn to Pay Real Estate Taxes.080320.1242.ewl

1