UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>MCQUILLEN PLACE COMPANY, LLC,<br><br>Debtor. | Chapter 7 Bankruptcy<br>Case No. 19-00507<br><br>**RESPONSE AND OBJECTION TO TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS** |

COMES NOW First Security Bank & Trust Company ("Bank"), by and through its counsel, and hereby objects to the Objection lodged by the Trustee, relative to the several claims assigned to the Bank.

/s/ Eric W. Lam
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
ATTORNEY FOR FIRST SECURITY BANK
& TRUST COMPANY

### Certificate of Service

The undersigned certifies, under penalty of perjury, on this 27th day of April, 2023 the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF and the document was served electronically through the CM/ECF system to the parties of this case.

/s/ Kelly Carmichael

First Security – McQuillen/Pldgs/BA 19-00507 McQuillen - Drafts/Obj to TE Obj to Claims.042723.1626.ewl