UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) CASE NO. 19-00507 |
| McQUILLEN PLACE COMPANY, LLC | ) |
| Debtor | ) ORDER APPROVING TRUSTEE'S |
| | ) OMNIBUS OBJECTION TO CLAIMS |
| | ) |

This matter comes before the Court upon the Trustee's Omnibus Objection to Claims, filed March 28, 2023, at Docket No. 364. Due and proper notice of an objection bar date relative to the application was given to parties-in-interest. Upon review of the file, the Court finds that the deadline for filing objections to the Trustee's objection was April 27, 2023, and that the only objection that has been filed was by First Security Bank & Trust Company as to claims #9, 10 and 11. The Trustee's objection is sustained, solely for distribution purposes only and for no other purpose.

IT IS THEREFORE ORDERED that the Trustee's Omnibus Objection to Claims in all other respects is hereby granted.

Dated and Entered:  April 28, 2023

_____
Thad J. Collins, Bankruptcy Judge