United States Bankruptcy Court

Northern District of Iowa

In re: Case No. 19-00507-TJC

McQuillen Place Company, LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0862-4      User: admin      Page 1 of 3
Date Rcvd: Apr 28, 2023      Form ID: pdf902      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | McQuillen Place Company, LLC, 1110 North Grand Ave., Suite 300, Charles City, IA 50616-2139 |
| aty | + | Telpner Peterson Law Firm, LLP, 25 Main Place, Suite 200, Council Bluffs, IA 51503-0790 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bradley David Sloter | on behalf of Interested Party City of Charles City Iowa brads@nsslaw.net |
| Bradley R. Kruse | on behalf of Creditor Cornice & Rose International LLC bkruse@dickinsonlaw.com, awatson@dickinsonlaw.com;lenghausen@dickinsonlaw.com |
| Brandon James Gray | on behalf of Creditor Iowa Economic Development Authority Brandon.Gray2@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Charles Smith | trustee@telpnerlaw.com IA26@ecfcbis.com |
| Charles L. Smith | on behalf of Plaintiff McQuillen Place Company LLC csmith@telpnerlaw.com |

Case 19-00507  Doc 368  Filed 04/30/23  Entered 04/30/23 23:33:25  Desc Imaged
Certificate of Notice  Page 2 of 4

| | | |
|---|---|---|
| District/off: 0862-4 | User: admin | Page 2 of 3 |
| Date Rcvd: Apr 28, 2023 | Form ID: pdf902 | Total Noticed: 2 |

| | |
|---|---|
| Charles McQuillen Thomson | on behalf of Debtor McQuillen Place Company LLC cthomson@doall.com |
| Charles McQuillen Thomson | on behalf of Creditor James Gray cthomson@doall.com |
| Charles McQuillen Thomson | on behalf of Creditor Cornice & Rose International LLC cthomson@doall.com |
| Charles McQuillen Thomson | on behalf of Equity Security Holder Charles Thomson cthomson@doall.com |
| Christine B. Skilton | on behalf of Creditor T-J Service Inc. cskilton@csskiltonlaw.com |
| Eric J. Langston | on behalf of Defendant Kurt Herbrechtsmeyer elangston@aegislaw.com ericlangston357.gmail.com@recap.email |
| Eric J. Langston | on behalf of Defendant Gene Hall elangston@aegislaw.com ericlangston357.gmail.com@recap.email |
| Eric J. Langston | on behalf of Defendant First Security Bank elangston@aegislaw.com ericlangston357.gmail.com@recap.email |
| Eric J. Langston | on behalf of Defendant Jon Richard Herbrechtsmeyer elangston@aegislaw.com ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Interested Party Four Keys LLC ELam@simmonsperrine.com, tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Defendant Kurt Herbrechtsmeyer ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Defendant First Security Bank ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Plaintiff First Security Bank & Trust Co. ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Defendant Jon Richard Herbrechtsmeyer ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Plaintiff First Security Bank & Trust Company ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Defendant Gene Hall ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Creditor First Security Bank & Trust Company ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| J D Haas | on behalf of Debtor McQuillen Place Company LLC jdhaas@jdhaas.com |
| J D Haas | on behalf of Plaintiff McQuillen Place Company LLC jdhaas@jdhaas.com |
| John Whiteman | on behalf of Creditor Iowa Department of Revenue john.whiteman@ag.iowa.gov idr.bankruptcy@ag.iowa.gov |
| Joseph E. Schmall | on behalf of Interested Party Cedar Rapids Bank & Trust Company jschmall@bradleyriley.com rchurch@bradleyriley.com;docket@bradleyriley.com |
| Judith O'Donohoe | on behalf of Creditor Elwood Law Office charlescity@elwoodlawfirm.com lisabartz@elwoodlawfirm.com;danielletuttle@elwoodlawfirm.com |
| Kayla L Sproul | on behalf of Cred. Comm. Chair Allen O. Pederson ksproul@duncangreenlaw.com ramsey.diane@bradshawlaw.com |
| L. Ashley Wieck | on behalf of U.S. Trustee United States Trustee ashley.wieck@usdoj.gov |
| Larry S. Eide | on behalf of Defendant First Security Bank eide@pappajohnlaw.com eidelr79374@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0862-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 28, 2023 | Form ID: pdf902 | Total Noticed: 2 |

Larry S. Eide
    on behalf of Defendant Kurt Herbrechtsmeyer eide@pappajohnlaw.com  eidelr79374@notify.bestcase.com

Larry S. Eide
    on behalf of Defendant Jon Richard Herbrechtsmeyer eide@pappajohnlaw.com  eidelr79374@notify.bestcase.com

Larry S. Eide
    on behalf of Creditor First Security Bank & Trust Company eide@pappajohnlaw.com  eidelr79374@notify.bestcase.com

Larry S. Eide
    on behalf of Defendant Gene Hall eide@pappajohnlaw.com  eidelr79374@notify.bestcase.com

Laura Michelle Hyer
    on behalf of Interested Party Cedar Rapids Bank & Trust Company lhyer@bradleyriley.com chahn@bradleyriley.com;Docket@bradleyriley.com

Louis Karl Bonham
    on behalf of Creditor Cornice & Rose International  LLC bonham@obwbip.com

Monica L Clark
    on behalf of Interested Party City of Charles City  Iowa clark.monica@dorsey.com, yokiel.maryjo@dorsey.com;monica-clark-4834@ecf.pacerpro.com

Peter C. Riley
    on behalf of Interested Party Grandview TC LLC peterr@trlf.com  phyllisd@trlf.com

Peter C. Riley
    on behalf of Equity Security Holder Charles Thomson peterr@trlf.com  phyllisd@trlf.com

Peter C. Riley
    on behalf of Defendant Charles Thomson peterr@trlf.com  phyllisd@trlf.com

Peter C. Riley
    on behalf of Defendant James A. Gray peterr@trlf.com  phyllisd@trlf.com

Peter C. Riley
    on behalf of Creditor James Gray peterr@trlf.com  phyllisd@trlf.com

Peter C. Riley
    on behalf of Creditor Cornice & Rose International  LLC peterr@trlf.com, phyllisd@trlf.com

Steven G. Klesner
    on behalf of Interested Party Grandview TC LLC steve@iclawfirm.com  dawn@iclawfirm.com;r50777@notify.bestcase.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 45

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | CASE NO. 19-00507 |
| McQUILLEN PLACE COMPANY, LLC | ) | |
| Debtor | ) | ORDER APPROVING TRUSTEE'S |
| | ) | OMNIBUS OBJECTION TO CLAIMS |
| | ) | |

This matter comes before the Court upon the Trustee's Omnibus Objection to Claims, filed March 28, 2023, at Docket No. 364. Due and proper notice of an objection bar date relative to the application was given to parties-in-interest. Upon review of the file, the Court finds that the deadline for filing objections to the Trustee's objection was April 27, 2023, and that the only objection that has been filed was by First Security Bank & Trust Company as to claims #9, 10 and 11. The Trustee's objection is sustained, solely for distribution purposes only and for no other purpose.

IT IS THEREFORE ORDERED that the Trustee's Omnibus Objection to Claims in all other respects is hereby granted.

Dated and Entered:  April 28, 2023

_____
Thad J. Collins, Bankruptcy Judge