## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF IOWA
## SIOUX CITY DIVISION

| | | |
|---|---|---|
| In re: McQuillen Place Company, LLC | § | Case No. 19-00507 |
| Classic Cleaners | § | |
| | § | |
| | § | |
| Debtor(s) | | |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on 04/25/2019. The case was converted to one under Chapter 7 on 12/09/2019. The undersigned trustee was appointed on 12/09/2019.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of      $     1,189,180.14

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 492,740.81 |
| Administrative expenses | 539,901.32 |
| Bank service fees | 8,172.18 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 148,365.83 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/08/2020 and the deadline for filing governmental claims was 06/06/2020. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $58,925.40. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $58,925.40, for a total compensation of $58,925.40[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $2,264.96 for total expenses of $2,264.96[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/07/2023

By: /s/ Charles L. Smith, Trustee

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 1

**Case No.:**  19-00507

**Case Name:**   McQuillen Place Company, LLC

**For Period Ending:**   06/07/2023

**Trustee Name:**   (350261) Charles L. Smith, Trustee

**Date Filed (f) or Converted (c):**   12/09/2019 (c)

**§ 341(a) Meeting Date:**   01/27/2020

**Claims Bar Date:**   04/08/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2002 Ford Windstar (200,000+ miles) Inoperable due to suspension | 500.00 | 500.00 | | 500.00 | FA |
| 2 | Cast iron bracket (presumably from the Union House) salvaged from the<br>foundation excavations at 123 North Main. | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on hand | 110.45 | 0.00 | | 0.00 | FA |
| 4 | Checking Account at Cedar Rapids Bank & Trust, xxxxxx8199 | 4,279.86 | 0.00 | | 0.00 | FA |
| 5 | Checking Account at First Security Bank & Trust co. xxxxxx4624 | 253.03 | 217.05 | | 217.05 | FA |
| 6 | Checking (dba Classic Cleaners) Account at First Security Bank & Trust Co xxxxxx6270 | 35.91 | 0.00 | | 0.00 | FA |
| 7 | Savings Account at Family Community Credit Union xxxxxx3001 | 5.00 | 5.00 | | 0.00 | FA |
| 8 | Checking Account at Family Community Credit Union, xxxxxx3001 | 1,135.37 | 1,135.37 | | 2,008.80 | FA |
| 9 | Savings (DIP) Account at Family Community Credit | 5.00 | 5.00 | | 0.00 | FA |
| 10 | Checking (DIP) Account at Family Community Credit union, xxxxxx2001 | 20.00 | 0.00 | | 0.00 | FA |
| 11 | Debtor is given checks daily in payment for cleaning services.<br>All checks are deposited at the Family Community Credit Union in Charles City; | 0.00 | 0.00 | | 0.00 | FA |
| 12 | There may be some deposit with MidAmerican for electric service at 123 Main.<br>There is definitely a rebate owed by MidAmerican. This will require additional research | Unknown | 2,000.00 | | 2,231.63 | FA |
| 13 | Pursuant to the development agreement with the City of Charles City,<br>the debtor has a number of rights or powers which might be characterized as "future interests" or equitable interests in property. The debtor also has certain rights under agreements with the IEDA, Niacog and Cerro Gordo County which might be characterized as future interests or equitable interests in property. In addition, the ownership of the building is split into two condominiums, both of which are owned by the debtor; | Unknown | 0.00 | | 0.00 | FA |
| 14 | The debtor has registered McQuillenPlace.com. The debtor also operates two<br>Facebook pages, one for "Classic Cleaners of Charles City" and one for "McQuillen Place". The design and exterior appearance, including, but not limited to, the silhouette of the clock tower, of McQuillen Place are protected by copyright. | Unknown | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 2

**Case No.:** 19-00507

**Case Name:** McQuillen Place Company, LLC

**For Period Ending:** 06/07/2023

**Trustee Name:** (350261) Charles L. Smith, Trustee

**Date Filed (f) or Converted (c):** 12/09/2019 (c)

**§ 341(a) Meeting Date:** 01/27/2020

**Claims Bar Date:** 04/08/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | The debtor owns a variety of licenses and contracts rights related to the construction<br><br>and development of the building. These include building permits, the debtor's interest in two condominiums, the debtor's interest in the condominium association of which the two condominiums are members, the debtor's rights under MEP and other design and construction contracts. | Unknown | 0.00 | | 0.00 | FA |
| 16 | Goodwill Yes | Unknown | 0.00 | | 0.00 | FA |
| 17 | Management of the debtor believes that First Security Bank & Trust Company<br><br>paid the most recent real estate tax installments improvidently inasmuch as the value of the building (which was not complete) was significantly less than the amount at which the building was assessed. Debtor's management believes these payments should be disgorged by the recipients thereof, and that a new assessment agreement needs to be crafted. The debtor's interest in unwinding these transactions might be considered a "tax refund" of some sort. (Unknown but likely in excess of $250,000); | Unknown | 0.00 | | 0.00 | FA |
| 18 | Lawsuit against Iowa Economic Development<br><br>Authority, Counterclaim | Unknown | 0.00 | | 0.00 | FA |
| 19 | 1. Counterclaims in EQCV031170 for (a) breach of contract<br><br>(b) failure to observe covenant of good faith and fair dealing, (c) tortuous interference, (d) fraud, (e) negligent loan administration, (f) disclosure of confidential information (tort, contract, statute), (g) failure to mitigate, and (h) using illegally large market share to overreach; 2. as yet unfiled claims concerning tortuous interference, quantum meriut on $500,000 from CRBT, etc. 3. claim for abuse of process, Counterclaim. | 4,000,000.00 | 25,000.00 | | 10,000.00 | FA |
| 20 | Asset entered in error. Duplicate of Asset #19 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Possible claims against vendors in construction for delays in completion, poor<br><br>workmanship (requiring repairs), failure to comply initally with codes (requiring retrofitting), and related claims | Unknown | 0.00 | | 0.00 | FA |
| 22 | A/R 90 days old or less. Face amount = $1,328.86<br><br>Doubtful/Uncollectible accounts = $1,141.70. | 187.16 | 500.00 | | 222.66 | FA |
| 23 | Dry cleaning equipment, including presses, clothing carousel, washers and dryers,<br><br>pillow machine, air compressor, boiler (in storage), counters, telephones, desks, fax machine, Datamark computer, printer. Sewing machines and related equipment. Radio. | 35,000.00 | 1,000.00 | | 1,500.00 | FA |
| 24 | Finished goods, Goods completed & waiting for customers to pick up | 1,595.85 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 3

Case No.: 19-00507

Case Name:   McQuillen Place Company, LLC

For Period Ending:   06/07/2023

Trustee Name:   (350261) Charles L. Smith, Trustee

Date Filed (f) or Converted (c):   12/09/2019 (c)

§ 341(a) Meeting Date:   01/27/2020

Claims Bar Date:   04/08/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | Other inventory or supplies: Lint brushes, pillow ticking poly for wrapping finished<br><span>garments, bags for wrapping finished shirts, sewing and clothing repair supplies,</span> | 3,000.00 | 0.00 | | 0.00 | FA |
| 26 | Customer lists of (a) persons interested in<br><br><span>(b) persons interested in renting commercial space at McQuillen Place, and (c) persons using the Classic Cleaners division of McQuillen Place Company for dry cleaning, laundry and related garment and fabric repair, cleaning & maintenance.</span> | Unknown | 0.00 | | 0.00 | FA |
| 27 | An unknown number of washers, dryers, dishwashers, stoves and fridges<br><span>located at 123 North Main Street, Charles City, Iowa (Inventory in progress).;</span> | Unknown | 0.00 | | 20,000.00 | FA |
| 28 | The building at 123 North Main contains various<br><span>related to its operation as an apartment house. The include smoke detectors, telecommunication devices, cables, boxes for electric circuitry, etc.;</span> | Unknown | 125,000.00 | | 5,000.00 | FA |
| 29 | There are miscellaneous tools, cabinet, mouldings, tables, lamps, fans, heaters,<br><span>documents, etc. scattered throughout 123 N Main which belong to the debtor. Note: some of these belong to third parties.</span> | Unknown | 25,000.00 | | 2,500.00 | FA |
| 30 | General going concern value and development rights | Unknown | 0.00 | | 0.00 | FA |
| 31 | Limestone salvaged from excavation of 123 North Main prior to construction.<br><span>Dimension stone left over from facade work on 123 N Main. Drawings, plans, etc. for building. Promotional materials for building. Miscellaneous antique dry cleaning advertising posters. Good will associated with Classic Cleaners. Know-how related to shirt pressing.</span> | Unknown | 0.00 | | 0.00 | FA |
| 32 | Telephone number for Classic Cleaners | Unknown | 0.00 | | 0.00 | FA |
| 33 | Asset entered in error. Duplicate of Asset #12 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 34 | Potential claims against C&R for poor design (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 35 | Counterclaim against Cedar Rapids Bank & Trust (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 36 | Unscheduled causes of action-Hildreth (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 37 | Remnant Assets (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 38 | Settlement of Adv. #19-09035-Subordination Complaint (u) | 0.00 | 30,000.00 | | 30,000.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit A

Page: 4

**Case No.:** 19-00507

**Case Name:** McQuillen Place Company, LLC

**For Period Ending:** 06/07/2023

**Trustee Name:** (350261) Charles L. Smith, Trustee

**Date Filed (f) or Converted (c):** 12/09/2019 (c)

**§ 341(a) Meeting Date:** 01/27/2020

**Claims Bar Date:** 04/08/2020

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 39 | 123 N Main Street, Charles City, Iowa 50616 (Duplex of 33 units)<br>Lots one, two, three, four and five (1, 2, 3, 4 and 5) of the Irregular Survey of block twenty-one (21), Original plat of St. Charles, now incorporated in and as a part of Charles City, Floyd County, Iowa, subject to easements of record | 500,000.00 | 500,000.00 | | 1,075,000.00 | FA |
| **39** | **Assets Totals (Excluding unknown values)** | **$4,548,127.63** | **$750,362.42** | | **$1,189,180.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/2022:  Trustee is in the process of resolving accountant compensation and resolving claims issues with principals of the Debtor.

12/2021:  Trustee will retain the services of an accountant to assist in the preparation of income tax returns. Also, Trustee will file a Report of Claims.

12/2020:  The sale of the building is on appeal to the 8th Circuit Court of Appeals and there were objections filed in the sales to First Security Bank which are awaiting a decision by the Bankruptcy Court.

12/2019:  As of 12/31/19 the 341 meeting had not yet been conducted and the partially completed building had not yet been toured and inspected.  Trustee anticipates a sale of the building fre and clear of liens with the undersecured mortgagee granting Trustee a "carve out" of $150,000.

**Initial Projected Date Of Final Report (TFR):**  12/31/2020          **Current Projected Date Of Final Report (TFR):**  05/04/2023 (Actual)

## Form 2

Exhibit B

### Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| Case No.: | 19-00507 | |
| Case Name: | McQuillen Place Company, LLC | |
| Taxpayer ID #: | **-***7825 | |
| For Period Ending: | 06/07/2023 | |

| | |
|---|---|
| Trustee Name: | Charles L. Smith, Trustee (350261) |
| Bank Name: | People's United Bank |
| Account #: | ********0753 Checking Account |
| Blanket Bond (per case limit): | $16,662,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/18/19 | {8} | Debtor | Checking account-Family Comm Cred Union-Non-Exempt funds | 1129-000 | 2,008.80 | | 2,008.80 |
| 01/02/20 | {22} | James F. Smith | Accounts Receivable - Classic Cleaners | 1121-000 | 7.55 | | 2,016.35 |
| 01/02/20 | {22} | Joe or Lori Nettleton | Accounts Receivable - Classic Cleaners | 1121-000 | 73.30 | | 2,089.65 |
| 01/02/20 | {22} | David or Christin Skilton | Accounts Receivable - Classic Cleaners | 1121-000 | 121.72 | | 2,211.37 |
| 01/13/20 | {22} | Gaylene Vickers | Accounts Receivable - Classic Cleaners | 1121-000 | 20.09 | | 2,231.46 |
| 01/13/20 | {5} | First Security Bank | Checking Account at First Security - Turnover of non-exempt funds | 1129-000 | 217.05 | | 2,448.51 |
| 01/31/20 | | Charles M. Thomson | Ford Windstar & Classic Cleaner assets-Payment pursuant to 1/29/20 Order granting Motion to Sell | | 2,000.00 | | 4,448.51 |
| | {1} | | 2002 Ford Windstar            $500.00 | 1129-000 | | | |
| | {23} | | Classic cleaner assets       $1,500.00 | 1129-000 | | | |
| 03/25/20 | | Transfer to Acct# 6880 | Bank Transfer | 9999-000 | | 4,448.51 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 4,448.51 | 4,448.51 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 4,448.51 | |
| Subtotal | 4,448.51 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $4,448.51 | $0.00 | |

# Form 2

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 19-00507 | |
| **Case Name:** | McQuillen Place Company, LLC | |
| **Taxpayer ID #:** | **-***7825 | |
| **For Period Ending:** | 06/07/2023 | |

| | | |
|---|---|---|
| **Trustee Name:** | Charles L. Smith, Trustee (350261) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******6880 Checking Account |
| **Blanket Bond (per case limit):** | $16,662,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/25/20 | | Transfer from Acct# 0753 | Bank Transfer | 9999-000 | 4,448.51 | | 4,448.51 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,443.51 |
| 04/24/20 | | First Security Bank & Trust | Building at 123 North Main - Payment pursuant to 4/9/20 Order Approving Motion to Sell | | 435,861.78 | | 440,305.29 |
| | {39} | | 123 N Main Street, Charles City    $1,075,000.00 | 1110-000 | | | |
| | {27} | | Washers dryers    $20,000.00 | 1129-000 | | | |
| | {28} | | building contents    $5,000.00 | 1129-000 | | | |
| | | | Real Estate Taxes    -$260,354.00 | 4700-000 | | | |
| | | | Real Estate Taxes    -$226,621.00 | 2820-000 | | | |
| | | | Real Estate Taxes    -$177,163.22 | 2820-000 | | | |
| 04/28/20 | 10101 | Floyd County Treasurer | Payment of Sidewalk Replacement per closing statement | 2500-000 | | 51,298.24 | 389,007.05 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 76.76 | 388,930.29 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 603.65 | 388,326.64 |
| 06/02/20 | 10102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/02/2020 FOR CASE #19-00507, 016018056 | 2300-000 | | 171.58 | 388,155.06 |
| 06/04/20 | {12} | MidAmerican Energy Coompany | Utility Refund | 1129-000 | 2,055.99 | | 390,211.05 |
| 06/18/20 | 10103 | Bankruptcy Estate of McQuillen Place LLC | Transfer of Funds to Availa Bank | 9999-000 | | 360,000.00 | 30,211.05 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 453.61 | 29,757.44 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 49.14 | 29,708.30 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 45.90 | 29,662.40 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 50.57 | 29,611.83 |
| 10/16/20 | {34} | First Security Bank & Trust | Potential claims against C&R - Payment pursuant to 10/14/20 Order Granting Report of Sale | 1249-000 | 2,500.00 | | 32,111.83 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 49.19 | 32,062.64 |
| 11/23/20 | {12} | MidAmerican Energy Company | Refund of utility | 1129-000 | 175.64 | | 32,238.28 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 49.57 | 32,188.71 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 56.59 | 32,132.12 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 49.77 | 32,082.35 |

Page Subtotals:   $445,041.92   $412,959.57

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

Exhibit B

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 19-00507 | Trustee Name: | Charles L. Smith, Trustee (350261) |
|---|---|---|---|
| Case Name: | McQuillen Place Company, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7825 | Account #: | ******6880 Checking Account |
| For Period Ending: | 06/07/2023 | Blanket Bond (per case limit): | $16,662,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/22/21 | {35} | Cedar Rapids Bank & Trust | Counterclaim against Cedar Rapids Bank & Trust-payment pursuant to 2/16/21 Order approving sell of claim | 1249-000 | 20,000.00 | | 52,082.35 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 52.26 | 52,030.09 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 91.72 | 51,938.37 |
| 04/19/21 | | First Security Bank and Trust | Counterclaims & Settlement of Adversary-Payment pursuant to 3/30/21 Ruling | | 40,000.00 | | 91,938.37 |
| | {19} | | Counterclaims in EQCV031170          $5,000.00 | 1129-000 | | | |
| | {19} | | Counterclaims in EQCV031170          $5,000.00 | 1129-000 | | | |
| | {38} | | Settlement of Adv.#19-09035-Subordination Complaint          $30,000.00 | 1249-000 | | | |
| 04/23/21 | | Bankruptcy Estate of McQuillen Place | Transfer from Availa bank | 9999-000 | 155,756.09 | | 247,694.46 |
| 04/26/21 | 10104 | First Security Bank & Trust | Per 3/30/21 Ruling on Motion to Sell & Agreement-Doc 256 | 4110-000 | | 207,386.81 | 40,307.65 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 151.77 | 40,155.88 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 60.06 | 40,095.82 |
| 06/04/21 | 10105 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2021 FOR CASE #19-00507, Bond #016018056 | 2300-000 | | 19.74 | 40,076.08 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 70.66 | 40,005.42 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 64.11 | 39,941.31 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 68.28 | 39,873.03 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 63.90 | 39,809.13 |
| 10/05/21 | {36} | First Security Bank and Trust | Unscheduled causes of action-Payment per 9/15/21 Order approving Notice and Report of Sale | 1249-000 | 2,500.00 | | 42,309.13 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 64.88 | 42,244.25 |
| 11/05/21 | {29} | First Security Bank & Trust | Miscellaneous Tools or equipment-Payment pursuant to 11/4/21 Order Approving Sale | 1129-000 | 2,500.00 | | 44,744.25 |
| 11/11/21 | 10106 | First Security Bank & Trust | Tools & Equipment - Payment pursuant to 11/2/21 Order Approving Notice & Report of Sale | 4210-000 | | 25,000.00 | 19,744.25 |
| 11/23/21 | | Bankruptcy Estate of McQuillen Place | Transfer of funds from Availa Bank | 9999-000 | 20,000.00 | | 39,744.25 |
| 11/24/21 | 10107 | First Security Bank & Trust | Ch 7 & Ch 11 Admin expenses; Payment pursuant to 6/23/21 Order Approving Payment of Admin Exp | | | 25,705.35 | 14,038.90 |

Page Subtotals:     $240,756.09     $258,799.54

{ } Asset Reference(s)          UST Form 101-7-TFR (5/1/2011)          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 19-00507 | Trustee Name: | Charles L. Smith, Trustee (350261) |
|---|---|---|---|
| Case Name: | McQuillen Place Company, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7825 | Account #: | ******6880 Checking Account |
| For Period Ending: | 06/07/2023 | Blanket Bond (per case limit): | $16,662,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Ch 7 Admin Expenses to Maintain Property $10,776.35 | 2420-000 | | | |
| | | | Ch 11 Admin expenses-Insurance $14,929.00 | 6950-000 | | | |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 65.67 | 13,973.23 |
| 12/15/21 | {37} | First Security Bank and Trust | Remnant Assets-Payment pursuant to 11/18/21 Order directing Auction | 1229-000 | 10,000.00 | | 23,973.23 |
| 12/15/21 | {37} | First Security Bank and Trust | Remnant Assets-Payment pursuant to 11/18/21 Order directing Auction | 1229-000 | 5,000.00 | | 28,973.23 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 38.70 | 28,934.53 |
| 01/14/22 | | Bankruptcy Estate of McQuillen Place | Transferred funds from Availa Bank | 9999-000 | 183,245.77 | | 212,180.30 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 191.67 | 211,988.63 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 317.13 | 211,671.50 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 373.21 | 211,298.29 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 327.36 | 210,970.93 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 326.85 | 210,644.08 |
| 06/01/22 | 10108 | Interntional Sureties, LTD | Bond Payments | 2300-000 | | 98.19 | 210,545.89 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 371.27 | 210,174.62 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 325.62 | 209,849.00 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 369.96 | 209,479.04 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 335.73 | 209,143.31 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 324.02 | 208,819.29 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 357.02 | 208,462.27 |
| 12/19/22 | 10109 | Telpner Peterson Law Firm, LLP | Attorney for Trustee Fees per 12/19/22 Order | 3110-000 | | 54,096.00 | 154,366.27 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 305.20 | 154,061.07 |
| 01/10/23 | | Transfer Debit to TriState Capital Bank acct XXXXXX2563 | Transition Debit to TriState Capital Bank acct XXXXXX2563 | 9999-000 | | 154,061.07 | 0.00 |

|  | | COLUMN TOTALS | | | 884,043.78 | 884,043.78 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | Less: Bank Transfers/CDs | | | 363,450.37 | 514,061.07 | |
| | | Subtotal | | | 520,593.41 | 369,982.71 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $520,593.41 | $369,982.71 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 19-00507 | |
| Case Name: | McQuillen Place Company, LLC | |
| Taxpayer ID #: | **-***7825 | |
| For Period Ending: | 06/07/2023 | |

| | |
|---|---|
| Trustee Name: | Charles L. Smith, Trustee (350261) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******2649 Carve Out Account |
| Blanket Bond (per case limit): | $16,662,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

(No transactions on file for this period)

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $0.00 | |

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 19-00507 | Trustee Name: | Charles L. Smith, Trustee (350261) |
|---|---|---|---|
| Case Name: | McQuillen Place Company, LLC | Bank Name: | Availa Bank |
| Taxpayer ID #: | **-***7825 | Account #: | ***1762 Checking |
| For Period Ending: | 06/07/2023 | Blanket Bond (per case limit): | $16,662,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/18/20 | | Deposit | Transfer from Metropolitan Bank | 9999-000 | 360,000.00 | | 360,000.00 |
| 06/30/20 | | Availa Bank | Analysis Charge | 2600-000 | | 32.84 | 359,967.16 |
| 06/30/20 | | Availa Bank | Service Charge | 2600-000 | | 2.30 | 359,964.86 |
| 07/31/20 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,914.86 |
| 07/31/20 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,911.36 |
| 08/31/20 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,861.36 |
| 08/31/20 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,857.86 |
| 09/30/20 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,807.86 |
| 09/30/20 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,804.36 |
| 10/31/20 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,754.36 |
| 10/31/20 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,750.86 |
| 11/30/20 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,700.86 |
| 11/30/20 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,697.36 |
| 12/31/20 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,647.36 |
| 12/31/20 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,643.86 |
| 01/31/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,593.86 |
| 01/31/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,590.36 |
| 02/28/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,540.36 |
| 02/28/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,536.86 |
| 03/31/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,486.86 |
| 03/31/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,483.36 |
| 04/23/21 | | Cashiers Check | Withdrawal | 9999-000 | | 155,756.09 | 203,727.27 |
| 04/30/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 203,677.27 |
| 04/30/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 203,673.77 |
| 05/31/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 203,623.77 |
| 05/31/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 203,620.27 |
| 06/30/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 203,570.27 |
| 06/30/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 203,566.77 |
| 07/31/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 203,516.77 |
| 07/31/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 203,513.27 |
| 08/31/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 203,463.27 |
| 08/31/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 203,459.77 |
| 09/30/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 203,409.77 |
| 09/30/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 203,406.27 |
| 10/31/21 | | Availa Bank | Service Tax | 2600-000 | | 50.00 | 203,356.27 |
| 10/31/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 203,352.77 |
| 11/23/21 | | Cashiers Check | Withdrawal | 9999-000 | | 20,000.00 | 183,352.77 |
| 11/30/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 183,302.77 |
| 11/30/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 183,299.27 |
| 12/31/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 183,249.27 |
| 12/31/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 183,245.77 |

Page Subtotals:    $360,000.00    $176,754.23

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 19-00507 | |
| Case Name: | McQuillen Place Company, LLC | |
| Taxpayer ID #: | **-***7825 | |
| For Period Ending: | 06/07/2023 | |

| | |
|---|---|
| Trustee Name: | Charles L. Smith, Trustee (350261) |
| Bank Name: | Availa Bank |
| Account #: | ***1762 Checking |
| Blanket Bond (per case limit): | $16,662,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/14/22 | | Bankruptcy Estate of McQuillen Place | Transfer to Metropolitan Bank | 9999-000 | | 183,245.77 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 360,000.00 | 360,000.00 | $0.00 |
| Less: Bank Transfers/CDs | 360,000.00 | 359,001.86 | |
| Subtotal | 0.00 | 998.14 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $998.14 | |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 19-00507 | Trustee Name: | Charles L. Smith, Trustee (350261) |
|---|---|---|---|
| Case Name: | McQuillen Place Company, LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***7825 | Account #: | ******2563 Checking Account |
| For Period Ending: | 06/07/2023 | Blanket Bond (per case limit): | $16,662,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/10/23 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX6880 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX6880 | 9999-000 | 154,061.07 | | 154,061.07 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 263.37 | 153,797.70 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 230.06 | 153,567.64 |
| 03/01/23 | 2000 | TBB Advisors | Payment pursuant to 2/28/23 Granting Application for Compensation Voided on 03/01/2023 | 3410-004 | | 47,280.00 | 106,287.64 |
| 03/01/23 | 2000 | TBB Advisors | Payment pursuant to 2/28/23 Granting Application for Compensation Voided: check issued on 03/01/2023 | 3410-004 | | -47,280.00 | 153,567.64 |
| 03/01/23 | 2001 | TBB Advisors | Payment pursuant to 2/28/23 Order Granting Application for Compensation | 3410-000 | | 4,728.00 | 148,839.64 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 251.55 | 148,588.09 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 222.26 | 148,365.83 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 154,061.07 | 5,695.24 | $148,365.83 |
| Less: Bank Transfers/CDs | | 154,061.07 | 0.00 | |
| Subtotal | | 0.00 | 5,695.24 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $5,695.24 | |

# Form 2

## Cash Receipts And Disbursements Record

**Case No.:** 19-00507

**Case Name:** McQuillen Place Company, LLC

**Taxpayer ID #:** **-***7825

**For Period Ending:** 06/07/2023

**Trustee Name:** Charles L. Smith, Trustee (350261)

**Bank Name:** TriState Capital Bank

**Account #:** ******2563 Checking Account

**Blanket Bond (per case limit):** $16,662,000.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| *******0753 Checking Account | $4,448.51 | $0.00 | $0.00 |
| ******6880 Checking Account | $520,593.41 | $369,982.71 | $0.00 |
| ******2649 Carve Out Account | $0.00 | $0.00 | $0.00 |
| ***1762 Checking | $0.00 | $998.14 | $0.00 |
| ******2563 Checking Account | $0.00 | $5,695.24 | $148,365.83 |
| | **$525,041.92** | **$376,676.09** | **$148,365.83** |

## Exhibit C

## Claims Proposed Distribution Register

### Case: 19-00507 MCQUILLEN PLACE COMPANY, LLC

**Case Balance:**   $148,365.83           **Total Proposed Payment:**   $148,365.83           **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------:|---------------:|-------------:|--------------:|-----------------:|----------------:|
| 1 | Schindler Elevator Corporation | Secured | $53,829.00 | $0.00 | $0.00 | $0.00 | $0.00 | $148,365.83 |
| | **Claim Memo:**   Objection - Sustained per Order Doc 367 | | | | | | | |
| 4S | First Security Bank & Trust Company | Secured | $500,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $148,365.83 |
| 4S-2 | First Security Bank & Trust Company | Secured | $500,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $148,365.83 |
| | **Claim Memo:**   Secured | | | | | | | |
| 12S | Iowa Economic Development Authority | Secured | $500,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $148,365.83 |
| | **Claim Memo:**   Secured | | | | | | | |
| 20 | Cornice & Rose International, LLC | Secured | $2,516,851. | $0.00 | $0.00 | $0.00 | $0.00 | $148,365.83 |
| | **Claim Memo:**   Objection - Sustained per Order Doc 367 | | | | | | | |
| 23S | First Security Bank & Trust Company | Secured | $500,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $148,365.83 |
| | **Claim Memo:**   Secured | | | | | | | |
| FEE | Charles L. Smith, Trustee | Admin Ch. 7 | $58,925.40 | $58,925.40 | $0.00 | $58,925.40 | $58,925.40 | $89,440.43 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| TE | Charles L. Smith, Trustee | Admin Ch. 7 | $2,264.96 | $2,264.96 | $0.00 | $2,264.96 | $2,264.96 | $87,175.47 |
| | <2200-00 Trustee Expenses> | | | | | | | |

Printed:   06/07/2023 8:49 AM                                                                                    Page:  2

## Exhibit C

## Claims Proposed Distribution Register

### Case: 19-00507 MCQUILLEN PLACE COMPANY, LLC

**Case Balance:**   $148,365.83        **Total Proposed Payment:**   $148,365.83        **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------:|---------------:|-------------:|--------------:|-----------------:|----------------:|
| | Clerk, US Bankruptcy Court | Admin Ch. 7 | $188.00 | $188.00 | $0.00 | $188.00 | $188.00 | $86,987.47 |
| | <2700-00 Clerk of the Court Costs> | | | | | | | |
| **Claim Memo:** | Court fees | | | | | | | |
| | Telpner Peterson Law Firm, LLP | Admin Ch. 7 | $11,940.00 | $11,940.00 | $0.00 | $11,940.00 | $11,940.00 | $75,047.47 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| **Claim Memo:** | Attorney for Trustee Fees | | | | | | | |
| 19 | U.S. Trustee | Admin Ch. 7 | $650.00 | $650.00 | $0.00 | $650.00 | $650.00 | $74,397.47 |
| | <2950-00 U.S. Trustee Quarterly Fees> | | | | | | | |
| **Claim Memo:** | UST Admin Fees | | | | | | | |
| 2P | Internal Revenue Service | Priority | $200.00 | $200.00 | $0.00 | $200.00 | $200.00 | $74,197.47 |
| **Claim Memo:** | Priority | | | | | | | |
| 13 | Floyd County Treasurer | Priority | $402,236.24 | $0.00 | $0.00 | $0.00 | $0.00 | $74,197.47 |
| **Claim Memo:** | Objection - Sustained per Order Doc 367 | | | | | | | |
| 2U | Internal Revenue Service | Unsecured | $200.00 | $200.00 | $0.00 | $200.00 | $2.30 | $74,195.17 |
| **Claim Memo:** | Unsecured - allow | | | | | | | |
| 3 | Pederson Plumbing | Unsecured | $26,943.51 | $26,943.51 | $0.00 | $26,943.51 | $308.66 | $73,886.51 |
| **Claim Memo:** | Unsecured - allow | | | | | | | |

Printed:   06/07/2023 8:49 AM

Page:  3

**Exhibit C**

**Claims Proposed Distribution Register**

**Case: 19-00507 MCQUILLEN PLACE COMPANY, LLC**

**Case Balance:**   $148,365.83          **Total Proposed Payment:**   $148,365.83          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 4U | First Security Bank & Trust Company | Unsecured | $3,530,746. | $0.00 | $0.00 | $0.00 | $0.00 | $73,886.51 |
| 4U-2 | First Security Bank & Trust Company | Unsecured | $3,530,746. | $750,000.00 | $0.00 | $750,000.00 | $8,591.75 | $65,294.76 |
| | **Claim Memo:**    Objection sustained per Order Doc 367 | | | | | | | |
| 5 | T-J Service, Inc. | Unsecured | $18,957.82 | $18,957.82 | $0.00 | $18,957.82 | $217.17 | $65,077.59 |
| | **Claim Memo:**    Unsecured - allow | | | | | | | |
| 6 | Day Rettig Martin, P.C. | Unsecured | $6,330.00 | $6,330.00 | $0.00 | $6,330.00 | $72.51 | $65,005.08 |
| | **Claim Memo:**    Unsecured - allow | | | | | | | |
| 7 | Cornice & Rose International, LLC | Unsecured | $2,516,851. | $2,516,851.30 | $0.00 | $2,516,851.30 | $28,832.21 | $36,172.87 |
| | **Claim Memo:**    Unsecured - allow | | | | | | | |
| 8 | Charles M. Thomson | Unsecured | $5,603,746. | $0.00 | $0.00 | $0.00 | $0.00 | $36,172.87 |
| | **Claim Memo:**    Objection - sustained per Order Doc 367 | | | | | | | |
| 9 | Amelia Management, LLC | Unsecured | $4,030,746. | $0.00 | $0.00 | $0.00 | $0.00 | $36,172.87 |
| | **Claim Memo:**    Objection - Sustained per Order Doc 367 | | | | | | | |
| 10 | Amelia Trust | Unsecured | $4,030,746. | $0.00 | $0.00 | $0.00 | $0.00 | $36,172.87 |
| | **Claim Memo:**    Objection - Sustained per Order Doc 367 | | | | | | | |
| 11 | Hildreth & Co., LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $36,172.87 |

# Exhibit C

## Claims Proposed Distribution Register

### Case: 19-00507 MCQUILLEN PLACE COMPANY, LLC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case Balance:** | $148,365.83 | **Total Proposed Payment:** | $148,365.83 | **Remaining Balance:** | $0.00 | | |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| Claim Memo: | Objection - Sustained per Order Doc 367 | | | | | | | |
| 12U | Iowa Economic Development Authority | Unsecured | $2,337,099. | $2,337,099.00 | $0.00 | $2,337,099.00 | $26,773.03 | $9,399.84 |
| Claim Memo: | Objection - Sustained Per Order Doc 367 - Unsecured allowed $2,337,099 | | | | | | | |
| 14 | Hawkeye Alarm | Unsecured | $9,108.44 | $9,108.44 | $0.00 | $9,108.44 | $104.34 | $9,295.50 |
| Claim Memo: | Unsecured - allow | | | | | | | |
| 15 | Dean Snyder Construction Co. | Unsecured | $8,068.17 | $8,068.17 | $0.00 | $8,068.17 | $92.43 | $9,203.07 |
| Claim Memo: | Unsecured - allow | | | | | | | |
| 16 | T-J Service, Inc. | Unsecured | $20,446.92 | $0.00 | $0.00 | $0.00 | $0.00 | $9,203.07 |
| Claim Memo: | Objection -Sustained  per Order Doc 367 | | | | | | | |
| 17 | Kamm Excavating Corp | Unsecured | $7,422.78 | $7,422.78 | $0.00 | $7,422.78 | $85.03 | $9,118.04 |
| Claim Memo: | Unsecured - allow | | | | | | | |
| 18 | Planscape Partners | Unsecured | $20,587.50 | $20,587.50 | $0.00 | $20,587.50 | $235.84 | $8,882.20 |
| Claim Memo: | Unsecured - allow | | | | | | | |
| 21 | Bluhm's Cedar Valley Electric | Unsecured | $15,000.00 | $15,000.00 | $0.00 | $15,000.00 | $171.83 | $8,710.37 |
| Claim Memo: | Unsecured - allow | | | | | | | |
| 22 | Bluhm's Cedar Valley Electric | Unsecured | $1,924.07 | $1,924.07 | $0.00 | $1,924.07 | $22.04 | $8,688.33 |

Printed:   06/07/2023 8:49 AM

Page:  5

**Exhibit C**

**Claims Proposed Distribution Register**

**Case: 19-00507 MCQUILLEN PLACE COMPANY, LLC**

**Case Balance:**   $148,365.83          **Total Proposed Payment:**   $148,365.83          **Remaining Balance:**   $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Claim Memo:** Unsecured - allow | | | | | | | |
| 23U | First Security Bank & Trust Company | Unsecured | $3,505,746. | $750,000.00 | $0.00 | $750,000.00 | $8,591.75 | $96.58 |
| | **Claim Memo:** Objection - Sustained per Order Doc 367 | | | | | | | |
| 24 | Elwood Law Firm | Unsecured | $8,430.51 | $8,430.51 | $0.00 | $8,430.51 | $96.58 | $0.00 |
| | **Claim Memo:** Unsecured - allow | | | | | | | |
| 25 | James A Gray | Unsecured | $1,626.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Claim Memo:** Objection - Sustained per Order Doc 367 | | | | | | | |
| 26 | Cornice & Rose International, LLC | Unsecured | $126,053.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Claim Memo:** Disallowed per Court Order at Doc 302 | | | | | | | |
| 27 | Cornice & Rose International, LLC | Unsecured | $3,010.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **Claim Memo:** Disallowed per Court Order at Doc 302 | | | | | | | |
| | **Total for Case:** **19-00507** | | $34,407,621.90 | $6,551,091.46 | $0.00 | $6,551,091.46 | $148,365.83 | |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-00507
Case Name: MCQUILLEN PLACE COMPANY, LLC
Trustee Name: Charles L. Smith, Trustee

**Balance on hand:**    $                148,365.83

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Schindler Elevator Corporation | 53,829.00 | 0.00 | 0.00 | 0.00 |
| 12S | Iowa Economic Development Authority | 500,000.00 | 0.00 | 0.00 | 0.00 |
| 20 | Cornice & Rose International, LLC | 2,516,851.30 | 0.00 | 0.00 | 0.00 |
| 23S | First Security Bank & Trust Company | 500,000.00 | 0.00 | 0.00 | 0.00 |
| 4S | First Security Bank & Trust Company | 500,000.00 | 0.00 | 0.00 | 0.00 |
| 4S-2 | First Security Bank & Trust Company | 500,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $                0.00
Remaining balance:    $                148,365.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Charles L. Smith, Trustee | 58,925.40 | 0.00 | 58,925.40 |
| Trustee, Expenses - Charles L. Smith, Trustee | 2,264.96 | 0.00 | 2,264.96 |
| Attorney for Trustee Fees - Telpner Peterson Law Firm, LLP | 11,940.00 | 0.00 | 11,940.00 |
| Charges, U.S. Bankruptcy Court | 188.00 | 0.00 | 188.00 |
| Fees, United States Trustee | 650.00 | 0.00 | 650.00 |

Total to be paid for chapter 7 administrative expenses:    $                73,968.36
Remaining balance:    $                74,397.47

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $                0.00
Remaining balance:    $                74,397.47

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $200.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Internal Revenue Service | 200.00 | 0.00 | 200.00 |

Total to be paid for priority claims:    $    200.00
Remaining balance:    $    74,197.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,476,923.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2U | Internal Revenue Service | 200.00 | 0.00 | 2.30 |
| 3 | Pederson Plumbing | 26,943.51 | 0.00 | 308.66 |
| 4U-2 | First Security Bank & Trust Company | 750,000.00 | 0.00 | 8,591.75 |
| 5 | T-J Service, Inc. | 18,957.82 | 0.00 | 217.17 |
| 6 | Day Rettig Martin, P.C. | 6,330.00 | 0.00 | 72.51 |
| 7 | Cornice & Rose International, LLC | 2,516,851.30 | 0.00 | 28,832.21 |
| 12U | Iowa Economic Development Authority | 2,337,099.00 | 0.00 | 26,773.03 |
| 14 | Hawkeye Alarm | 9,108.44 | 0.00 | 104.34 |
| 15 | Dean Snyder Construction Co. | 8,068.17 | 0.00 | 92.43 |
| 17 | Kamm Excavating Corp | 7,422.78 | 0.00 | 85.03 |
| 18 | Planscape Partners | 20,587.50 | 0.00 | 235.84 |
| 21 | Bluhm's Cedar Valley Electric | 15,000.00 | 0.00 | 171.83 |
| 22 | Bluhm's Cedar Valley Electric | 1,924.07 | 0.00 | 22.04 |
| 23U | First Security Bank & Trust Company | 750,000.00 | 0.00 | 8,591.75 |
| 24 | Elwood Law Firm | 8,430.51 | 0.00 | 96.58 |

Total to be paid for timely general unsecured claims:    $    74,197.47
Remaining balance:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR(5/1/2011)