Printed: 05/04/2023 7.07 AM                                                                              Page: 1

# Expense Worksheet

**Period: 01/16/2020 - 05/04/2023**

**Trustee: Charles L. Smith, Trustee**

| | | | |
|---|---|---|---|
| **Case Number:** | 19-00507 | **Case Name:** | MCQUILLEN PLACE COMPANY, LLC |
| **Case Type:** | Asset | **Judge:** | Thad J. Collins |
| **Petition Date:** | 04/25/2019 | **341a Meeting:** | 01/27/2020 8.30 AM |

**Category:** COPY

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 03/28/2023 | Copies | 50.0 | $ 0.300000 | $15.00 |
| 07/07/2022 | Copies- US Treasury-Tax Returns | 1.0 | $ 172.000000 | $172.00 |
| 06/17/2022 | Copies | 1.0 | $ 0.300000 | $0.30 |
| 06/06/2022 | Copies | 3.0 | $ 0.300000 | $0.90 |
| 01/25/2022 | Copies | 2.0 | $ 0.300000 | $0.60 |
| 12/15/2021 | Copies | 2.0 | $ 0.600000 | $1.20 |
| 11/05/2021 | Copies | 6.0 | $ 0.300000 | $1.80 |
| 10/05/2021 | Copies | 2.0 | $ 0.300000 | $0.60 |
| 04/14/2021 | Copies | 2.0 | $ 0.300000 | $0.60 |
| 02/18/2021 | Copies | 2.0 | $ 0.300000 | $0.60 |
| 10/16/2020 | Copies | 2.0 | $ 0.300000 | $0.60 |
| 06/16/2020 | Copies | 4.0 | $ 0.300000 | $1.20 |
| 04/24/2020 | Copies | 26.0 | $ 0.200000 | $5.20 |
| 03/05/2020 | Copies | 1.0 | $ 0.300000 | $0.30 |
| 02/13/2020 | Copies | 3.0 | $ 0.300000 | $0.90 |
| 01/17/2020 | Copies | 5.0 | $ 0.300000 | $1.50 |
| 01/16/2020 | Copies | 10.0 | $ 0.300000 | $3.00 |
| | **Total for category COPY** | **122.0** | | **$206.30** |

**Category:** POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 03/28/2023 | Postage | 11.0 | $ 0.600000 | $6.60 |
| 03/01/2023 | Postage | 1.0 | $ 0.600000 | $0.60 |

**Total for case 19-00507:**     **$2,264.96**

**Category:** POST

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 07/07/2022 | Postage | 1.0 | $ 0.530000 | $0.53 |
| 06/06/2022 | Postage | 1.0 | $ 0.530000 | $0.53 |
| 01/25/2022 | Postage | 1.0 | $ 0.530000 | $0.53 |
| 12/15/2021 | Postage | 1.0 | $ 0.530000 | $0.53 |
| 12/14/2021 | Postage | 1.0 | $ 7.330000 | $7.33 |
| 10/05/2021 | Postage | 1.0 | $ 0.530000 | $0.53 |
| 06/17/2021 | Postage | 3.0 | $ 0.530000 | $1.59 |
| 05/01/2021 | Postage | 1.0 | $ 33.810000 | $33.81 |
| 04/14/2021 | Postage | 1.0 | $ 0.510000 | $0.51 |
| 02/18/2021 | Postage | 1.0 | $ 0.510000 | $0.51 |
| 11/05/2020 | Postage | 2.0 | $ 0.530000 | $1.06 |
| 10/16/2020 | Postage | 1.0 | $ 0.500000 | $0.50 |
| 06/29/2020 | Postage | 1.0 | $ 0.500000 | $0.50 |
| 06/16/2020 | Postage | 1.0 | $ 0.500000 | $0.50 |
| 05/09/2020 | UPS | 1.0 | $ 30.730000 | $30.73 |
| 04/24/2020 | Postage | 1.0 | $ 3.050000 | $3.05 |
| 03/05/2020 | Postage | 1.0 | $ 0.500000 | $0.50 |
| 02/13/2020 | Postage | 1.0 | $ 0.500000 | $0.50 |
| 01/17/2020 | Postage | 1.0 | $ 0.500000 | $0.50 |
| 01/16/2020 | Postage | 1.0 | $ 3.650000 | $3.65 |
| | **Total for category POST** | **35.0** | | **$95.09** |

**Category:** PROF

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 05/04/2023 | COS fees: $99.96 copies; $69.00 postage | 1.0 | $ 168.960000 | $168.96 |
| 03/30/2023 | COS Fees: Copies $613.80; Postage $130.20 | 1.0 | $ 744.000000 | $744.00 |
| 02/06/2023 | COS fees | 1.0 | $ 167.440000 | $167.44 |
| 11/09/2022 | COS fees | 1.0 | $ 296.670000 | $296.67 |
| 11/12/2020 | COS fees | 1.0 | $ 181.300000 | $181.30 |
| 11/05/2020 | COS fees | 1.0 | $ 377.300000 | $377.30 |
| 03/30/2020 | COS Fees: Copies | 1.0 | $ 27.900000 | $27.90 |
| | **Total for category PROF** | **7.0** | | **$1,963.57** |

**Total for case 19-00507:** **$2,264.96**

**Total for case 19-00507:** $2,264.96

**Grand Total:** $2,264.96