MCQUILLEN PLACE COMPANY, LLC
CASE NO: 19-00507
ITEMIZATION OF TRUSTEE'S ATTORNEY FEE SERVICES OF
TELPNER PETERSON LAW FIRM, LLP

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-05-22 | Telephone conference with Larry Eide re settlement, claims, and taxes (0.3); Worked on file re same issues (0.2) | 0.50 | 150.00 | CLS |
| | Worked on file re Application for Compensation | 0.70 | 210.00 | CLS |
| Aug-05-22 | Reviewed file and correspondence from Charles Thomson re Insurance claim (0.3); Email to Charles Thomson re same (0.2); Reviewed email from Charles Thomson re same (0.2); Email to Lam and Eide re same (0.2); Response from Larry Eide (0.1); Email exchange with Lam re same, insurance claim, and taxes (0.3); Email to Charles Thomson re same (0.2); Reviewed numerous emails from Charles Thomson re insurance claim (0.8); Email to Lam and Eide re same (0.2) | 2.50 | 750.00 | CLS |
| | Assisted Trustee with insurance claim | 1.00 | 150.00 | KF |
| Aug-08-22 | Reviewed email from Lam re insurance claim (0.1); Reviewed pleadings and file re sale, objection, and auction re sale of "remnant assets" (0.4); Letter to Charles Thomson re same (0.3); Reviewed email from Charles Thomson re same Filed (0.1); Reviewed email from Eric Lam re same (0.1); Additional email from Eric Lam re litigation (0.1) | 1.10 | 330.00 | CLS |
| Aug-18-22 | Reviewed pleadings re transfers of claims | 0.20 | 60.00 | CLS |
| Oct-12-22 | Reviewed file re withdrawal of Charles Thomson's claims | 0.30 | 90.00 | CLS |
| Oct-24-22 | Email exchange with Charles Thomson re Iowa Sales Tax (0.3) | 0.30 | 240.00 | CLS |
| Oct-31-22 | Worked on file re Application for Compensation (0.4); | 0.40 | 210.00 | CLS |
| Nov-08-22 | Worked on Attorney for Trustee Fees | 1.00 | 150.00 | KF |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Nov-09-22 | Prepared Application for Trustee's Attorney Fees and Notice of Bar Date of same | 1.00 | 150.00 | KF |
| Nov-30-22 | Reviewed pleadings re C&R's Objection and Barton request | 1.30 | 390.00 | CLS |
| Dec-01-22 | Worked on file re C&R's Objection, Barton, and reviewed correspondence re history of securing the building (3.2); Reviewed pleadings re Order for hearing on C&R's Objection (0.3) | 3.50 | 1,050.00 | CLS |
|  | Assisted with research re Objection to Attorney Fees and Third-Party Cross Petition | 4.00 | 600.00 | KF |
| Dec-02-22 | Worked on file re response to C&R's Objection (0.3); Worked on file with KF re ancillary law suits and prior arguments of C&R (0.6) | 0.90 | 270.00 | CLS |
|  | Reviewed Cornice & Rice's Objection to Trustee's Fee Application and Cross-Motion for Leave to File Cross-Petition Against Trustee | 0.50 | 150.00 | NBH |
|  | Assisted with additional research re Objection to Attorney Fees and Third-Party Cross Petition | 2.00 | 300.00 | KF |
| Dec-03-22 | Legal research re: Barton doctrine and negligence actions (2.0) | 2.00 | 600.00 | NBH |
| Dec-04-22 | Worked on file re: Motion for Leave to File Cross-Petition against Trustee | 0.50 | 150.00 | NBH |
| Dec-05-22 | Reviewed legal research re immunity (0.5); Telephone conference with Ashley re hearing (0.3); Worked on file re Resistance to C & R's Objection (0.8) | 1.60 | 480.00 | CLS |
|  | Assisted CLS with research for hearing; attended Telephone conference with Ashely at UST's office | 1.00 | 150.00 | KF |
| Dec-07-22 | Legal research re Statue of Limitations issues (.4); Worked on file and letter to Eric Lam re C&R dispute (1.0) | 1.40 | 420.00 | CLS |
|  | Research re C&R's equipment claim | 3.50 | 525.00 | KF |
| Dec-09-22 | Reviewed file re contacts re securing and protecting building, insurance and utilities changing, coordinating, and controlling keys, and access to the building (0.8); Letter to Eric Lam re same (0.3); Email exchange with Eric Brewer re taxes (0.3) | 1.40 | 420.00 | CLS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-09-22 | Legal research re: Barton Doctrine (.8) | 0.80 | 240.00 | NBH |
| | Research re securing the building in response to allegations | 2.00 | 300.00 | KF |
| Dec-12-22 | Telephone conference with Eric Lam | 0.30 | 90.00 | CLS |
| | Office conference with CLS and telephone conference with Eric Lam re Objection to C&R's Motion | 0.50 | 75.00 | KF |
| Dec-13-22 | Reviewed correspondence and rough draft of Eric's Objection (0.3); Worked on file re Trustee's response to C&R's Objection (3.5); Letter to Eric Lam re same (0.3); Additional work on file re Trustee's response (0.8) | 4.90 | 1,470.00 | CLS |
| | Assisted CLS with Response to Objection | 1.00 | 150.00 | KF |
| Dec-15-22 | Reviewed pleadings re Bank's Objection and prepared Joinder in same | 0.70 | 210.00 | CLS |
| Dec-16-22 | Prepared for hearing (2.0); Reviewed pleadings re C&R's reply and worked on file re same (0.6); Additional preparation for hearing (0.3); Hearing wherein Judge denied C&R's motion for authority to sue Trustee (0.8) | 3.70 | 1,110.00 | CLS |
| Dec-19-22 | Reviewed pleadings re Order granting compensation and denying Motion to sue Trustee | 0.20 | 60.00 | CLS |
| Mar-28-23 | Reviewed file and prepared Omnibus Objection to Proof of Claims | 1.50 | 480.00 | CLS |
| | Total Fees | 47.40 | $11,940.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Charles L. Smith | 27.40 | $300.00<br>As of 2023 $320.00 | $8,250.00 |
| Nicole Hughes | 3.80 | $300.00 | $1,140.00 |
| Kris Franks | 17.00 | $150.00 | $2,550.00 |