UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
SIOUX CITY DIVISION

| IN RE: | CASE NO: 19-00507 |
|---|---|
| MCQUILLEN PLACE COMPANY, LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 6/8/2023, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/8/2023

/s/ Charles L. Smith
Charles L. Smith  AT0007415

Telpner Peterson Law Firm, LLP
25 Main Place, Suite 200
Council Bluffs, IA  51503
712 325 9000
dparish@telpnerlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
SIOUX CITY DIVISION

| | |
|---|---|
| IN RE:<br><br>MCQUILLEN PLACE COMPANY, LLC | CASE NO: 19-00507<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 6/8/2023, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/8/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Charles L. Smith
Telpner Peterson Law Firm, LLP
25 Main Place, Suite 200
Council Bluffs, IA  51503

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were served via First Class US Mail Service.
```

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 19-00507<br>NORTHERN DISTRICT OF IOWA<br>THU JUN 8 12-6-33 PST 2023 | ~~EXCLUDE~~<br>~~(U)AMELIA MANAGEMENT LLC~~ | ~~EXCLUDE~~<br>~~(U)AMELIA TRUST~~ |
| CEDAR RAPIDS BANK TRUST COMPANY<br>500 FIRST AVENUE NE<br>PO BOX 789<br>CEDAR RAPIDS IA 52406-0789 | CITY OF CHARLES CITY IOWA<br>105 MILWAUKEE MALL<br>SUITE 2<br>CHARLES CITY IA 50616-2280 | ~~EXCLUDE~~<br>~~(U)CORNICE ROSE INTERNATIONAL LLC~~ |
| ~~EXCLUDE~~<br>~~(U)ELWOOD LAW OFFICE~~<br>~~116 N MAIN ST PO BOX 307~~<br>~~CHARLES CITY~~ | FIRST SECURITY BANK TRUST COMPANY<br>809 CLARK STREET<br>CHARLES CITY IA 50616-2208 | ~~EXCLUDE~~<br>~~(U)FOUR KEYS LLC~~ |
| ~~EXCLUDE~~<br>~~(U)GRANDVIEW TC LLC~~ | ~~EXCLUDE~~<br>~~(U)HILDRETH LLC~~ | IOWA DEPARTMENT OF REVENUE<br>OFFICE OF THE ATTORNEY GENERAL OF IOWA<br>ATTN BANKRUPTCY UNIT<br>1305 E WALNUT<br>DES MOINES IA 50319-0109 |
| IOWA ECONOMIC DEVELOPMENT AUTHORITY<br>200 E GRAND AVENUE<br>DES MOINES IA 50309-1834 | DEBTOR<br>MCQUILLEN PLACE COMPANY LLC<br>1110 NORTH GRAND AVE SUITE 300<br>CHARLES CITY IA 50616-2139 | ~~EXCLUDE~~<br>~~(U)MILLS INC~~ |
| TJ SERVICE INC<br>221 N MAIN ST<br>CHARLES CITY IA 50616-2016 | ~~EXCLUDE~~<br>~~TELPNER PETERSON LAW FIRM LLP~~<br>~~TELPNER PETERSON LAW FIRM LLP~~<br>~~25 MAIN PLACE SUITE 200~~<br>~~COUNCIL BUFFS IA 51503-0790~~ | 320 SIXTH STREET RM 126<br>SIOUX CITY IA 5110-11245 |
| AMELIA MANAGEMENT LLC<br>1110 N GRAND AVENUE STE 300<br>CHARLES CITY IA 50616-2139 | AMELIA TRUST<br>CO CHARLES M THOMSON TRUSTEE<br>1110 NORTH GRAND AVE SUITE 300<br>CHARLES CITY IOWA 50616-2139 | AMELIA TRUST<br>CO JUDITH M ODONOHOE<br>PO BOX 307<br>116 N MAIN STREET<br>CHARLES CITY IA 50616-2015 |
| ATLAS PAINTING<br>911 SYCAMORE STREET<br>WATERLOO IOWA 50703-4815 | BRP BRUENING<br>900 MONTGOMERY STREET<br>DECORAH IOWA 52101-2343 | BERGAN KDV<br>PO BOX 2100<br>WATERLOO IA 50704-2100 |
| BLUHMS CEDAR VALLEY ELECTRIC<br>409 SOUTH JOHNSON STREET<br>CHARLES CITY IOWA 50616-2621 | BLUHMS CEDAR VALLEY ELECTRIC<br>PO BOX 287<br>FLOYD IA 50435-0287 | CEDAR RAPIDS BANK TRUST COMPANY<br>CO JOSEPH E SCHMALL<br>PO BOX 2804<br>CEDAR RAPIDS IA 52406-2804 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were served via Notice of Electronic Filing Service.
```

| | | |
|---|---|---|
| CEDAR RAPIDS BANK  TRUST COMPANY<br>CO LAURA M HYER<br>PO BOX 2804<br>CEDAR RAPIDS  IA  52406-2804 | CERRO GORDO COUNTY  IOWA<br>CARLYLE D DALEN<br>ASST COUNTY ATTY<br>220 N WASHINGTON AVE<br>MASON CITY  IA 50401-3220 | CHARLES M THOMSON<br>1110 N GRAND AVE  SUITE 300<br>CHARLES CITY  IOWA 50616-2139 |
| CINCINNATI INSURANCE<br>POST OFFICE BOX 145496<br>CINCINNATI  OH 45250-5496 | CITY OF CHARLES CITY  IA<br>CO BRAD SLOTER<br>200 NORTH JOHNSON STREET<br>CHARLES CITY  IA  50616 | CITY OF CHARLES CITY  IOWA<br>CO MONICA CLARK<br>50 SOUTH SIXTH STREET  SUITE 1500<br>MINNEAPOLIS  MN  55402 |
| CORNICE  ROSE INTERNATIONAL  LLC<br>804 ROBERTS ROAD<br>BARRINGTON  IL 60010-1142 | CORNICE  ROSE INTERNATIONAL  LLC<br>804 ROBERTS ROAD<br>TOWER LAKES<br>BARRINGTON  IL 60010-1142 | CORNICE  ROSE INTERNATIONAL  LLC<br>CO BRADLEY R KRUSE<br>699 WALNUT STREET  SUITE 1600<br>DES MOINES  IA  50309 |
| ~~EXCLUDE~~<br>~~(D)CORNICE  ROSE INTERNATIONAL  LTD~~<br>~~804 ROBERTS ROAD~~<br>~~BARRINGTON  IL 60010-1142~~ | CORNICE  ROSE INTL LTD<br>804 W ROBERTS ROAD<br>BARRINGTON  IL 60010-1142 | CUSTOM AIR<br>BRETT PAYTON<br>10443 OSAGE RD<br>WATERLOO  IA 50703-9349 |
| DAY RETTIG MARTIN  PC<br>150 1ST ST NE  SUITE 415<br>CEDAR RAPIDS  IA 52401-1110 | DAY RETTIG MARTIN  PC<br>150 1ST ST NE  SUITE 415<br>PO BOX 2877<br>CEDAR RAPIDS  IA 52406-2877 | DEAN SNYDER CONSTRUCTION<br>913 N 14TH STREET<br>CLEAR LAKE  IOWA 50428-2138 |
| DEAN SNYDER CONSTRUCTION CO<br>PO BOX 181<br>913 N 14TH STREET<br>CLEAR LAKE  IA 50428-2138 | (P)CEDAR VALLEY STEEL INC<br>280 50TH AVE SW<br>CEDAR RAPIDS IA 52404-4973 | DONALD H MOLSTAD<br>505 6TH ST  SUITE 308<br>SIOUX CITY  IA 51101-1266 |
| ELWOOD LAW FIRM<br>116 N MAIN STREET<br>CHARLES CITY  IOWA 50616-2015 | ELWOOD LAW FIRM<br>CO JUDITH ODONOHOE<br>116 NORTH MAIN STREET<br>PO BOX 307<br>CHARLES CITY  IA  50616 | ELWOOD  ODONOHOE  BRAUN  WHITE<br>116 N MAIN ST  PO BOX 307<br>CHARLES CITY IA 50616-0307 |
| EQUITY SECURITY HOLDER CHARLES THOMSON<br>CO PETER C RILEY<br>4040 FIRST AVENUE NE<br>PO BOX 998<br>CEDAR RAPIDS  IA  52406-0998 | FIRST SECURITY BANK  TRUST COMPANY<br>809 CLARK STREET<br>PO BOX 577<br>CHARLES CITY  IA 50616-0507 | FIRST SECURITY BANK  TRUST COMPANY<br>CO ERIC J LANGSTON<br>115 THIRD STREET SE  SUITE 1200<br>CEDAR RAPIDS  IA  52401 |
| FIRST SECURITY BANK  TRUST COMPANY<br>CO ERIC W LAM<br>115 THIRD STREET SE  SUITE 1200<br>CEDAR RAPIDS  IA  52401 | FIRST SECURITY BANK  TRUST COMPANY<br>CO LARRY S EIDE<br>PAPPAJOHN  SHRIVER  EIDE  NIELSEN PC<br>103 EAST STATE STREET  SUITE 800<br>PO BOX 1588<br>MASON CITY  IA 50402-1588 | FLOYD COUNTY TREASURER<br>101 SOUTH MAIN STREET STE 303<br>CHARLES CITY  IOWA 50616-2792 |

USPS FIRST CLASS MAILING RECIPIENTS: First Class Mail Service via USPS mail Service.
Parties whose names are struck through were not served First Class via USPS mail Service.

| | | |
|---|---|---|
| FOUR KEYS LLC<br>CO ERIC J LANGSTON<br>115 THIRD STREET SE SUITE 1200<br>CEDAR RAPIDS IA 52401 | FOUR KEYS LLC<br>CO ERIC W LAM<br>115 THIRD STREET SE SUITE 1200<br>CEDAR RAPIDS IA 52401 | HAWKEYE ALARM<br>16 COMMERCIAL STREET<br>WATERLOO IOWA 50701-1310 |
| HILDRETH CO LLC<br>1110 N GRAND AVE SUITE 300<br>CHARLES CITY IOWA 50616-2139 | IL SWITCHBOARD<br>125 WEST LAURA DRIVE<br>ADDISON IL 60101-5178 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| IOWA ECONOMIC DEVELOPMENT AUTHORITY<br>OFFICE OF THE ATTORNEY GENERAL OF IOWA<br>ATTN BANKRUPTCY UNIT<br>1305 E WALNUT STREET<br>DES MOINES IA 50319-0109 | JAMES A GRAY<br>JAMES GRAY<br>804 ROBERTS ROAD<br>BARRINGTON IL 60010-1142 | JED CONSTRUCTION<br>102 GRAND STREET<br>ELMA IOWA 50628-8189 |
| JENDRO SANITATION<br>108 PROSPECT LANE<br>CHARLES CITY IOWA 50616 | JUDITH MACK ODONOHOE<br>P O BOX 307<br>116 N MAIN ST<br>CHARLES CITY IA 50616-2015 | KAMM EXCAVATING CORP<br>1301 HILDRETH STREET<br>CHARLES CITY IA 50616-3663 |
| L ASHLEY ZUBAL<br>TRIAL ATTORNEY<br>US TRUSTEE<br>FEDERAL BUILDING<br>210 WALNUT STREET RM 793<br>DES MOINES IA 50309-2108 | LARRY STEVEN EIDE<br>103 E STATE ST SUITE 800<br>PO BOX 1588<br>MASON CITY IA 50402-1588 | LAURA MICHELLE HYER<br>P O BOX 2804<br>2007 1ST AVE S E<br>CEDAR RAPIDS IA 52402-6344 |
| MAS<br>41W195 RAILROAD STREET<br>PINGREE GROVE IL 60140-0029 | MEDIACOM<br>1 MEDIACOM WAY<br>MEDIACOM PARK<br>NEW YORK NY 10918-4810 | MICK GAGE PLUMBING HEATING<br>511 WEST MILWAUKEE STREET<br>NEW HAMPTON IOWA 50659-1105 |
| MID AMERICAN ENERGY<br>666 GRAND AVE<br>DES MOINES IOWA 50309-2580 | MIDWEST ENGINEERING<br>8236 W 51ST STREET<br>SIOUX FALLS SD 57106-7861 | MIDWEST FIRE SPRINKLER<br>2001 DE WOLF STREET<br>DES MOINES IOWA 50316-2761 |
| (P)MILLS INC<br>1906 GILBERT ST<br>CHARLES CITY IA 50616-9171 | OHARAS SON ROOFING CORPORATION<br>3306 N KNOX AVENUE<br>CHICAGO IL 60641-4434 | PEDERSON PLUMBING<br>412 SAMPLE STREET<br>CHARLES CITY IA 50616 |
| PEDERSON PLUMBING<br>ALLEN O PEDERSON<br>412 SAMPLE STREET<br>NASHUA IOWA 50658-9696 | PEDERSON PLUMBING AND HEATING<br>CO KAYLA L SPROUL<br>5015 GRAND RIDGE DRIVE SUITE 100<br>WEST DES MOINES IA 50265-5749 | PHILLIPS MODERN AG<br>2153 S LINN AVE<br>NEW HAMPTON IOWA 50659-9414 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were served via First Class USPS Mail Service.

| | | |
|---|---|---|
| PLANSCAPE PARTNERS<br>1200 NICOLLET AVE<br>SUITE 706<br>MINNEAPOLIS   MN 55403-2409 | PREMIER CLEANERS<br>816 FIRST AVENUE N<br>FORT DODGE   IA 50501-3906 | RANDALL EUGENE NIELSEN<br>P O BOX 1588<br>103 E STATE ST   SUITE 800<br>MASON CITY   IA 50401-3334 |
| ROBERT CARDELL GAINER<br>505 5TH AVE SUITE 835<br>DES MOINES   IA 50309-2317 | SCHINDLER ELEVATOR CORPORATION<br>1530 TIMBERWOLF DRIVE<br>HOLLAND   OHIO 43528-9161 | SCHINDLER ELEVATOR CORPORATION<br>20 WHIPPANY RD<br>MORRISTOWN   NJ 07960-4524 |
| SCHINDLER ELEVATOR CORPORATION<br>CO NCS   729 MINER RD<br>HIGHLAND HTS   OH 44143-2117 | SHERRI DRALLE<br>1308 GRANDVIEW AVE<br>WAVERLY   IA 50677-1038 | TJ SERVICE   INC<br>TOM BROCK   PRESIDENT<br>221 NORTH MAIN STREET<br>CHARLES CITY   IOWA 50616-2016 |
| TJ SERVICE   INC<br>CO CHRISTINE B SKILTON<br>205 BRASHER STREET   PO BOX 39<br>NASHUA   IA 50658-0039 | THE GRANDVIEW TC   LLC<br>CO STEVEN KLESNER<br>373 SCOTT COURT   SUITE B<br>PO BOX 3400<br>IOWA CITY   IA   52244 | EXCLUDE<br>US TRUSTEE<br>111 7TH AVE SE   BOX 17<br>CEDAR RAPIDS IA 52401-2103 |
| EXCLUDE<br>US TRUSTEE<br>210 WALNUT STREET ROOM 793<br>DES MOINES   IA 50309 2106 | EXCLUDE<br>UNITED STATES TRUSTEE<br>UNITED STATES FEDERAL COURTHOUSE<br>111 7TH AVENUE SE   BOX 17<br>CEDAR RAPIDS   IA 52401 2103 | UNRUH INSULATION<br>2633 450 ST<br>STACYVILLE   IOWA 50476-7549 |
| VANMETER<br>850 32ND AVE SW<br>CEDAR RAPIDS   IOWA 52404-3913 | VERNON P SQUIRES<br>P O BOX 2804<br>2007 1ST AVE S E<br>CEDAR RAPIDS   IA 52402-6344 | ALLEN O PEDERSON<br>412 SAMPLE STREET<br>NASHUA   IA 50658-9696 |
| EXCLUDE<br>(P)CHARLES L SMITH<br>25 MAIN DRIVE SUITE 200<br>COUNCIL BLUFFS IA 51503 0790 | CHARLES THOMSON<br>1110 NORTH GRAND   300<br>CHARLES CITY   IA 50616-2139 | CHARLES MCQUILLEN THOMSON<br>LAW OFFICE OF CHARLES M THOMSON<br>1110 NORTH GRAND AVE   SUITE 300<br>CHARLES CITY   IA 50616-2139 |
| ERIC BREWER<br>TBB ADVISORS   LLP<br>12245 STRATFORD DR<br>CLIVE   IA 50325-8147 | J D HAAS<br>J D HAAS   ASSOCIATES   PLLC<br>1120 E 80TH ST<br>SUITE 200<br>BLOOMINGTON   MN 55420-1407 | JAMES GRAY<br>804 ROBERTS ROAD<br>TOWER LAKES   IL 60010-1142 |