United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 19-00507-TJC |
| McQuillen Place Company, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 06, 2023 | Form ID: pdf902 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | McQuillen Place Company, LLC, 1110 North Grand Ave., Suite 300, Charles City, IA 50616-2139 |
| aty | + | Telpner Peterson Law Firm, LLP, Telpner Peterson Law Firm, LLP, 25 Main Place, Suite 200, Council Buffs, IA 51503-0790 |
| aty | + | Telpner Peterson Law Firm, LLP, 25 Main Place, Suite 200, Council Bluffs, IA 51503-0790 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley David Sloter | on behalf of Interested Party City of Charles City Iowa brads@nsslaw.net |
| Bradley R. Kruse | on behalf of Creditor Cornice & Rose International LLC bkruse@dickinsonlaw.com, awatson@dickinsonlaw.com;lenghausen@dickinsonlaw.com |
| Brandon James Gray | on behalf of Creditor Iowa Economic Development Authority Brandon.Gray2@usdoj.gov usaian.ecfbkcycr@usdoj.gov;CaseView.ECF@usdoj.gov |
| Charles Smith | trustee@telpnerlaw.com IA26@ecfcbis.com |
| Charles L. Smith | on behalf of Plaintiff McQuillen Place Company LLC csmith@telpnerlaw.com |

Case 19-00507    Doc 375    Filed 07/08/23    Entered 07/08/23 23:36:10    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0862-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2023 | Form ID: pdf902 | Total Noticed: 3 |

| | |
|---|---|
| Charles McQuillen Thomson | on behalf of Debtor McQuillen Place Company  LLC cthomson@doall.com |
| Charles McQuillen Thomson | on behalf of Creditor James Gray cthomson@doall.com |
| Charles McQuillen Thomson | on behalf of Creditor Cornice & Rose International  LLC cthomson@doall.com |
| Charles McQuillen Thomson | on behalf of Equity Security Holder Charles Thomson cthomson@doall.com |
| Christine B. Skilton | on behalf of Creditor T-J Service  Inc. cskilton@csskiltonlaw.com |
| Eric J. Langston | on behalf of Defendant Kurt Herbrechtsmeyer elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |
| Eric J. Langston | on behalf of Defendant Gene Hall elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |
| Eric J. Langston | on behalf of Defendant First Security Bank elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |
| Eric J. Langston | on behalf of Defendant Jon Richard Herbrechtsmeyer elangston@aegislaw.com  ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Interested Party Four Keys  LLC ELam@simmonsperrine.com, tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Defendant Kurt Herbrechtsmeyer ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Defendant First Security Bank ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Plaintiff First Security Bank & Trust Co. ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Defendant Jon Richard Herbrechtsmeyer ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Plaintiff First Security Bank & Trust Company ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Defendant Gene Hall ELam@simmonsperrine.com  tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| Eric W. Lam | on behalf of Creditor First Security Bank & Trust Company ELam@simmonsperrine.com tdomeyer@SPMBLAW.com,kcarmichael@SPMBLAW.com |
| J D Haas | on behalf of Debtor McQuillen Place Company  LLC jdhaas@jdhaas.com |
| J D Haas | on behalf of Plaintiff McQuillen Place Company  LLC jdhaas@jdhaas.com |
| John Whiteman | on behalf of Creditor Iowa Department of Revenue john.whiteman@ag.iowa.gov  idr.bankruptcy@ag.iowa.gov |
| Joseph E. Schmall | on behalf of Interested Party Cedar Rapids Bank & Trust Company jschmall@bradleyriley.com rchurch@bradleyriley.com;docket@bradleyriley.com |
| Judith O'Donohoe | on behalf of Creditor Elwood Law Office charlescity@elwoodlawfirm.com lisabartz@elwoodlawfirm.com;danielletuttle@elwoodlawfirm.com |
| Kayla L Sproul | on behalf of Cred. Comm. Chair Allen O. Pederson ksproul@duncangreenlaw.com  ramsey.diane@bradshawlaw.com |
| L. Ashley Wieck | on behalf of U.S. Trustee United States Trustee ashley.wieck@usdoj.gov |
| Larry S. Eide | on behalf of Defendant Gene Hall eide@pappajohnlaw.com  eidelr79374@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0862-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 06, 2023 | Form ID: pdf902 | Total Noticed: 3 |

Larry S. Eide
    on behalf of Defendant First Security Bank eide@pappajohnlaw.com eidelr79374@notify.bestcase.com

Larry S. Eide
    on behalf of Defendant Kurt Herbrechtsmeyer eide@pappajohnlaw.com eidelr79374@notify.bestcase.com

Larry S. Eide
    on behalf of Defendant Jon Richard Herbrechtsmeyer eide@pappajohnlaw.com eidelr79374@notify.bestcase.com

Larry S. Eide
    on behalf of Creditor First Security Bank & Trust Company eide@pappajohnlaw.com eidelr79374@notify.bestcase.com

Laura Michelle Hyer
    on behalf of Interested Party Cedar Rapids Bank & Trust Company lhyer@bradleyriley.com chahn@bradleyriley.com;Docket@bradleyriley.com

Louis Karl Bonham
    on behalf of Creditor Cornice & Rose International  LLC bonham@obwbip.com

Monica L Clark
    on behalf of Interested Party City of Charles City  Iowa clark.monica@dorsey.com, yokiel.maryjo@dorsey.com;monica-clark-4834@ecf.pacerpro.com

Peter C. Riley
    on behalf of Interested Party Grandview TC LLC peterr@trlf.com phyllisd@trlf.com

Peter C. Riley
    on behalf of Equity Security Holder Charles Thomson peterr@trlf.com phyllisd@trlf.com

Peter C. Riley
    on behalf of Defendant Charles Thomson peterr@trlf.com phyllisd@trlf.com

Peter C. Riley
    on behalf of Defendant James A. Gray peterr@trlf.com phyllisd@trlf.com

Peter C. Riley
    on behalf of Creditor James Gray peterr@trlf.com phyllisd@trlf.com

Peter C. Riley
    on behalf of Creditor Cornice & Rose International  LLC peterr@trlf.com, phyllisd@trlf.com

Steven G. Klesner
    on behalf of Interested Party Grandview TC LLC steve@iclawfirm.com dawn@iclawfirm.com;r50777@notify.bestcase.com

United States Trustee
    USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 45

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

IN RE: )
)
) CASE NO 19-00507
MCQUILLEN PLACE COMPANY, LLC, )
)
   Debtor. )
)

ORDER APPROVING COMPENSATION AND EXPENSES
AND CLAIMS REPORT

[x] No timely objections being filed in response to the Notice to all creditors and other parties-in-interest with respect to the Trustee's Final Report, Requests for Compensation and Expenses and Claims Report; and no hearing being necessary; IT IS THEREFORE ORDERED that said Requests for Compensation and Expenses and Claims Report is approved.

[ ] After Notice and Hearing on timely Objections filed, or upon the Court's own Motion, in response to the Notice of Trustee's Final Report Before Distribution, Requests for Allowances and Claims Report; the Court having heard said Objections, finds that said Objections should be sustained or denied as set forth by separate Order of this Court dated _____ and therefore the Trustee's Final Report, Requests and Report on Claims shall be approved as filed, except as modified in said separate Order.

IT IS FURTHER ORDERED that upon the issuance of the United States Trustee's Directive for Distribution, the Trustee is authorized to make payments of the approved administrative expenses and to make distribution to creditors in the amounts listed in the Final Account Before Distribution, except as necessarily modified to comply with the Orders of this Court noted herein and Bankruptcy Rule 3010.

Dated and Entered: July 6, 2023

_____
UNITED STATES BANKRUPTCY JUDGE