# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| McQUILLEN PLACE COMPANY, LLC, | ) | Case No. 19-00507 |
| | ) | |
| | ) | **TRUSTEE'S REPORT OF RETURNED** |
| Debtor(s). | ) | **FUNDS OR NEW ESTATE FUNDS AND** |
| | ) | **SUPPLEMENTAL DISTRIBUTION** |
| | ) | |

The undersigned trustee of the estates of the Debtor(s) named above hereby reports:

1. The creditor listed below has returned all or a portion of the monies they received pursuant to the trustee's Final Report and Proposed Distribution.

| Claim No. | Claimant | Amount Returned to Estate |
|---|---|---|
| 2P | Internal Revenue Service | $172.00 |

2. The trustee has received additional funds not previously reported in the trustee's final report and proposed distribution in the amount of $0.00. The source of said funds was N/A. No further compensation and expenses are requested.

3. The returned funds or new funds should be distributed in accordance with 11 U.S.C. § 726, per the attached Claims Distribution Report.

4. The undersigned trustee certifies to the Court that prior to electronically filing this Report of Returned Funds and attached Supplemental Distribution Report, the same has been transmitted to the Office of the United States Trustee, who has reviewed the documents and authorized their filing with the Court.

Dated: November 22, 2023.

/s/ Charles L. Smith
Charles L. Smith, Trustee
Telpner Peterson Law Firm, LLP
25 Main Place, Suite 200
Council Bluffs, IA  51503
Telephone: (712) 325-9000
Facsimile: (712) 328-1946
E-mail:  csmith@telpnerlaw.com

Printed:    11/22/2023 9.11 AM                                                                                                                              Page: 1

# Claims Distribution - Wed, 11-22-2023

**Trustee: Charles L. Smith, Trustee**

| Case Number: | 19-00507 | Case Name: | MCQUILLEN PLACE COMPANY, LLC |
|---|---|---|---|
| Petition Date: | 04/25/2019 | Judge: | Thad J. Collins |

| Claim # | Claimant | Class | Priority | Allowed | Paid | Balance | Interest | Total Proposed | % | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Schindler Elevator Corporation | S | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $172.00 |
| 3 | Pederson Plumbing | U | 610 | $26,943.51 | $308.66 | $26,634.85 | $0.00 | $0.71 | 1.15 % | $171.29 |
| 4S | First Security Bank & Trust Company | S | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $171.29 |
| 4S-2 | First Security Bank & Trust Company | S | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $171.29 |
| 4U | First Security Bank & Trust Company | U | 610 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $171.29 |
| 4U-2 | First Security Bank & Trust Company | U | 610 | $750,000.00 | $8,591.75 | $741,408.25 | $0.00 | $19.92 | 1.15 % | $151.37 |
| 5 | T-J Service, Inc. | U | 610 | $18,957.82 | $217.17 | $18,740.65 | $0.00 | $0.51 | 1.15 % | $150.86 |
| 6 | Day Rettig Martin, P.C. | U | 610 | $6,330.00 | $72.51 | $6,257.49 | $0.00 | $0.17 | 1.15 % | $150.69 |
| 7 | Cornice & Rose International, LLC | U | 610 | $2,516,851.30 | $28,832.21 | $2,488,019.09 | $0.00 | $66.83 | 1.15 % | $83.86 |
| 8 | Charles M. Thomson | U | 610 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $83.86 |
| 9 | Amelia Management, LLC | U | 610 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $83.86 |
| 10 | Amelia Trust | U | 610 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $83.86 |
| 11 | Hildreth & Co., LLC | U | 610 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $83.86 |
| 12S | Iowa Economic Development Authority | S | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $83.86 |
| 12U | Iowa Economic Development Authority | U | 610 | $2,337,099.00 | $26,773.03 | $2,310,325.97 | $0.00 | $62.06 | 1.15 % | $21.80 |
| 13 | Floyd County Treasurer | P | 570 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $21.80 |

| # | Creditor | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 14 | Hawkeye Alarm | U | 610 | $9,168.44 | $104.34 | $9,064.10 | $0.00 | $0.25 | 1.15 % | $21.55 |
| 15 | Dean Snyder Construction Co. | U | 610 | $8,068.17 | $92.43 | $7,975.74 | $0.00 | $0.21 | 1.15 % | $21.34 |
| 16 | T-J Service, Inc. | U | 610 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $21.34 |
| 17 | Kamm Excavating Corp | U | 610 | $7,422.78 | $85.03 | $7,337.75 | $0.00 | $0.20 | 1.15 % | $21.14 |
| 18 | Planscape Partners | U | 610 | $20,587.50 | $235.84 | $20,351.66 | $0.00 | $0.55 | 1.15 % | $20.59 |
| 19 | U.S. Trustee | A7 | 200 | $650.00 | $650.00 | $0.00 | $0.00 | $0.00 | 100.00 % | $20.59 |
| 20 | Cornice & Rose International, LLC | S | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $20.59 |
| 21 | Bluhm's Cedar Valley Electric | U | 610 | $15,000.00 | $171.83 | $14,828.17 | $0.00 | $0.40 | 1.15 % | $20.19 |
| 22 | Bluhm's Cedar Valley Electric | U | 610 | $1,924.07 | $22.04 | $1,902.03 | $0.00 | $0.05 | 1.15 % | $20.14 |
| 23S | First Security Bank & Trust Company | S | 100 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $20.14 |
| 23U | First Security Bank & Trust Company | U | 610 | $750,000.00 | $8,591.75 | $741,408.25 | $0.00 | $19.92 | 1.15 % | $0.22 |
| 24 | Elwood Law Firm | U | 610 | $8,430.51 | $96.58 | $8,333.93 | $0.00 | $0.22 | 1.15 % | $0.00 |
| 25 | James A Gray | U | 610 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $0.00 |
| 26 | Cornice & Rose International, LLC | U | 610 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $0.00 |
| 27 | Cornice & Rose International, LLC | U | 610 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00 % | $0.00 |
| | **Totals:** | | | $6,477,373.10 | $74,845.17 | $6,402,527.93 | $0.00 | $172.00 | | |