**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**
**SIOUX CITY DIVISION**

In re: McQuillen Place Company, LLC           §           Case No. 19-00507
      Classic Cleaners                                        §
                                §
                                §
        Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

       Charles L. Smith, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

       1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

       2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $11,052.07 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $567,310.28 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $621,869.86 | |

       3) Total gross receipts of $1,189,180.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,189,180.14 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $57,907.00 | $5,063,421.11 | $492,740.81 | $492,740.81 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $606,946.02 | $606,946.02 | $606,940.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $14,929.00 | $14,929.00 | $14,929.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $212,530.00 | $402,436.24 | $200.00 | $200.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $10,136,225.32 | $29,360,537.00 | $6,476,923.10 | $74,369.47 |
| **TOTAL DISBURSEMENTS** | $10,406,662.32 | $35,448,269.37 | $7,591,738.93 | $1,189,180.14 |

4) This case was originally filed under chapter 7 on 04/25/2019, and it was converted to chapter 7 on 12/09/2019.  The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    02/19/2024                    By: /s/ Charles L. Smith, Trustee
                                              Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 123 N Main Street, Charles City, Iowa 50616 (Duplex of 33 units) | 1110-000 | $1,075,000.00 |
| A/R 90 days old or less. Face amount = $1,328.86 | 1121-000 | $222.66 |
| 1. Counterclaims in EQCV031170 for (a) breach of contract | 1129-000 | $10,000.00 |
| 2002 Ford Windstar (200,000+ miles) Inoperable due to suspension | 1129-000 | $500.00 |
| An unknown number of washers, dryers, dishwashers, stoves and fridges | 1129-000 | $20,000.00 |
| Checking Account at Family Community Credit Union, xxxxxx3001 | 1129-000 | $2,008.80 |
| Checking Account at First Security Bank & Trust co. xxxxxx4624 | 1129-000 | $217.05 |
| Dry cleaning equipment, including presses, clothing carousel, washers and dryers, | 1129-000 | $1,500.00 |
| The building at 123 North Main contains various | 1129-000 | $5,000.00 |
| There are miscellaneous tools, cabinet, mouldings, tables, lamps, fans, heaters, | 1129-000 | $2,500.00 |
| There may be some deposit with MidAmerican for electric service at 123 Main. | 1129-000 | $2,231.63 |
| Remnant Assets | 1229-000 | $15,000.00 |
| Counterclaim against Cedar Rapids Bank & Trust | 1249-000 | $20,000.00 |
| Potential claims against C&R for poor design | 1249-000 | $2,500.00 |
| Settlement of Adv. #19-09035-Subordination Complaint | 1249-000 | $30,000.00 |
| Unscheduled causes of action-Hildreth | 1249-000 | $2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,189,180.14** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Security Bank & Trust | 4700-000 | NA | $260,354.00 | $260,354.00 | $260,354.00 |
| | First Security Bank & Trust | 4210-000 | NA | $25,000.00 | $25,000.00 | $25,000.00 |
| | First Security Bank & Trust | 4110-000 | NA | $207,386.81 | $207,386.81 | $207,386.81 |
| 1 | Schindler Elevator Corporation | 4220-000 | $57,907.00 | $53,829.00 | $0.00 | $0.00 |
| 4S | First Security Bank & Trust Company | 4110-000 | $0.00 | $500,000.00 | $0.00 | $0.00 |
| 4S-2 | First Security Bank & Trust Company | 4110-000 | $0.00 | $500,000.00 | $0.00 | $0.00 |
| 12S | Iowa Economic Development Authority | 4110-000 | $0.00 | $500,000.00 | $0.00 | $0.00 |
| 20 | Cornice & Rose International, LLC | 4110-000 | $0.00 | $2,516,851.30 | $0.00 | $0.00 |
| 23S | First Security Bank & Trust Company | 4110-000 | $0.00 | $500,000.00 | $0.00 | $0.00 |
| | **TOTAL SECURED** | | **$57,907.00** | **$5,063,421.11** | **$492,740.81** | **$492,740.81** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Charles L. Smith, Trustee | 2100-000 | NA | $58,930.56 | $58,930.56 | $58,925.40 |
| Trustee, Expenses - United States Treasury | 2200-002 | NA | -$172.00 | -$172.00 | -$172.00 |
| Trustee, Expenses - Charles L. Smith, Trustee | 2200-000 | NA | $2,264.96 | $2,264.96 | $2,264.96 |
| Attorney for Trustee Fees - Telpner Peterson Law Firm, LLP | 3110-000 | NA | $66,036.00 | $66,036.00 | $66,036.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $188.00 | $188.00 | $188.00 |
| Fees, United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Bond Payments - BOND | 2300-000 | NA | $98.19 | $98.19 | $98.19 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $191.32 | $191.32 | $191.32 |
| Costs to Secure/Maintain Property - First Security Bank & Trust | 2420-000 | NA | $10,776.35 | $10,776.35 | $10,776.35 |
| Costs re Sale of Property (closing costs, etc.) - Floyd County Treasurer | 2500-000 | NA | $51,298.24 | $51,298.24 | $51,298.24 |
| Bank Service Fees - Availa Bank | 2600-000 | NA | $998.14 | $998.14 | $998.14 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $6,206.80 | $6,206.80 | $6,206.80 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $967.24 | $967.24 | $967.24 |
| Other State or Local Taxes (post-petition) - First Security Bank & Trust | 2820-000 | NA | $403,784.22 | $403,784.22 | $403,784.22 |
| Accountant for Trustee Fees (Other Firm) - TBB Advisors | 3410-000 | NA | $4,728.00 | $4,728.00 | $4,728.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$606,946.02** | **$606,946.02** | **$606,940.86** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Other Operating Expenses - First Security Bank & Trust | 6950-000 | NA | $14,929.00 | $14,929.00 | $14,929.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$14,929.00** | **$14,929.00** | **$14,929.00** |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | $0.00 | $200.00 | $200.00 | $200.00 |
| 13 | Floyd County Treasurer | 5800-000 | $212,530.00 | $402,236.24 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$212,530.00** | **$402,436.24** | **$200.00** | **$200.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | U.S. Bankruptcy Clerk - Internal Revenue Service | 7100-001 | $0.00 | $200.00 | $200.00 | $2.30 |
| 3 | Pederson Plumbing | 7100-000 | $26,943.51 | $26,943.51 | $26,943.51 | $308.66 |
| 3 | U.S. Bankruptcy Clerk - Pederson Plumbing | 7100-001 | NA | NA | NA | $0.71 |
| 4U | First Security Bank & Trust Company | 7100-000 | $3,839,024.29 | $3,530,746.28 | $0.00 | $0.00 |
| 4U-2 | First Security Bank & Trust Company | 7100-000 | $0.00 | $3,530,746.28 | $750,000.00 | $8,611.67 |
| 5 | T-J Service, Inc. | 7100-000 | $18,499.83 | $18,957.82 | $18,957.82 | $217.17 |
| 5 | U.S. Bankruptcy Clerk - T-J Service, Inc. | 7100-001 | NA | NA | NA | $0.51 |
| 6 | Day Rettig Martin, P.C. | 7100-000 | $0.00 | $6,330.00 | $6,330.00 | $72.51 |
| 6 | U.S. Bankruptcy Clerk - Day Rettig Martin, P.C. | 7100-001 | NA | NA | NA | $0.17 |
| 7 | Cornice & Rose International, LLC | 7100-000 | $2,000,000.00 | $2,516,851.30 | $2,516,851.30 | $28,899.04 |
| 8 | Charles M. Thomson | 7100-000 | $1,142,500.00 | $5,603,746.28 | $0.00 | $0.00 |
| 9 | Amelia Management, LLC | 7100-000 | $0.00 | $4,030,746.28 | $0.00 | $0.00 |
| 10 | Amelia Trust | 7100-000 | $0.00 | $4,030,746.28 | $0.00 | $0.00 |
| 11 | Hildreth & Co., LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12U | Iowa Economic Development Authority | 7100-000 | $2,940,000.00 | $2,337,099.00 | $2,337,099.00 | $26,835.09 |

| 14 | Hawkeye Alarm | 7100-000 | $8,800.00 | $9,108.44 | $9,108.44 | $104.34 |
| 14 | U.S. Bankruptcy Clerk - Hawkeye Alarm | 7100-001 | NA | NA | NA | $0.25 |
| 15 | Dean Snyder Construction Co. | 7100-000 | $8,068.17 | $8,068.17 | $8,068.17 | $92.43 |
| 15 | U.S. Bankruptcy Clerk - Dean Snyder Construction Co. | 7100-001 | NA | NA | NA | $0.21 |
| 16 | T-J Service, Inc. | 7100-000 | $0.00 | $20,446.92 | $0.00 | $0.00 |
| 17 | Kamm Excavating Corp | 7100-000 | $3,144.75 | $7,422.78 | $7,422.78 | $85.03 |
| 17 | U.S. Bankruptcy Clerk - Kamm Excavating Corp | 7100-001 | NA | NA | NA | $0.20 |
| 18 | Planscape Partners | 7100-000 | $20,587.50 | $20,587.50 | $20,587.50 | $235.84 |
| 18 | U.S. Bankruptcy Clerk - Planscape Partners | 7100-001 | NA | NA | NA | $0.55 |
| 21 | Bluhm's Cedar Valley Electric | 7100-000 | $15,000.00 | $15,000.00 | $15,000.00 | $171.83 |
| 21 | U.S. Bankruptcy Clerk - Bluhm's Cedar Valley Electric | 7100-001 | NA | NA | NA | $0.40 |
| 22 | Bluhm's Cedar Valley Electric | 7100-000 | $0.00 | $1,924.07 | $1,924.07 | $22.04 |
| 22 | U.S. Bankruptcy Clerk - Bluhm's Cedar Valley Electric | 7100-001 | NA | NA | NA | $0.05 |
| 23U | First Security Bank & Trust Company | 7100-000 | $0.00 | $3,505,746.28 | $750,000.00 | $8,611.67 |
| 24 | Elwood Law Firm | 7100-000 | $5,600.00 | $8,430.51 | $8,430.51 | $96.58 |
| 24 | U.S. Bankruptcy Clerk - Elwood Law Firm | 7100-001 | NA | NA | NA | $0.22 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | James A Gray | 7100-000 | $0.00 | $1,626.20 | $0.00 | $0.00 |
| 26 | Cornice & Rose International, LLC | 7100-000 | $0.00 | $126,053.00 | $0.00 | $0.00 |
| 27 | Cornice & Rose International, LLC | 7100-000 | $0.00 | $3,010.10 | $0.00 | $0.00 |
| N/F | Atlas Painting | 7100-000 | $3,000.00 | NA | NA | NA |
| N/F | BRP Bruening | 7100-000 | $400.00 | NA | NA | NA |
| N/F | Bergan KDV | 7100-000 | $1,816.15 | NA | NA | NA |
| N/F | Cerro Gordo County, Iowa | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Cincinnati Insurance | 7100-000 | $3,756.00 | NA | NA | NA |
| N/F | Custom Air c/o Brett Payton | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Design Build Structures | 7100-000 | $31,619.71 | NA | NA | NA |
| N/F | IL Switchboard | 7100-000 | $700.00 | NA | NA | NA |
| N/F | J.E.D. Construction | 7100-000 | $2,097.00 | NA | NA | NA |
| N/F | Jendro Sanitation | 7100-000 | $1,800.00 | NA | NA | NA |
| N/F | MAS | 7100-000 | $5,200.00 | NA | NA | NA |
| N/F | Mediacom | 7100-000 | $600.00 | NA | NA | NA |
| N/F | Mick Gage Plumbing & Heating | 7100-000 | $1,500.00 | NA | NA | NA |
| N/F | Mid American Energy | 7100-000 | $3,500.00 | NA | NA | NA |
| N/F | Midwest Engineering | 7100-000 | $1,300.00 | NA | NA | NA |
| N/F | Midwest Fire Sprinkler | 7100-000 | $24,000.00 | NA | NA | NA |
| N/F | Mills, Inc. | 7100-000 | $4,700.00 | NA | NA | NA |
| N/F | O'Hara's Son Roofing Corporation | 7100-000 | $6,692.00 | NA | NA | NA |

| N/F | Phillips Modern Ag | 7100-000 | $1,582.00 | NA | NA | NA |
|-----|--------------------|----------|-----------|-----|-----|-----|
| N/F | Premier Cleaners | 7100-000 | $727.02 | NA | NA | NA |
| N/F | Unruh Insulation | 7100-000 | $8,000.00 | NA | NA | NA |
| N/F | VanMeter | 7100-000 | $4,067.39 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$10,136,225.32** | **$29,360,537.00** | **$6,476,923.10** | **$74,369.47** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 19-00507

**Case Name:** McQuillen Place Company, LLC

**For Period Ending:** 02/19/2024

**Trustee Name:** (350261) Charles L. Smith, Trustee

**Date Filed (f) or Converted (c):** 12/09/2019 (c)

**§ 341(a) Meeting Date:** 01/27/2020

**Claims Bar Date:** 04/08/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2002 Ford Windstar (200,000+ miles) Inoperable due to suspension | 500.00 | 500.00 | | 500.00 | FA |
| 2 | Cast iron bracket (presumably from the Union House) salvaged from the<br>foundation excavations at 123 North Main. | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on hand | 110.45 | 0.00 | | 0.00 | FA |
| 4 | Checking Account at Cedar Rapids Bank & Trust, xxxxxx8199 | 4,279.86 | 0.00 | | 0.00 | FA |
| 5 | Checking Account at First Security Bank & Trust co. xxxxxx4624 | 253.03 | 217.05 | | 217.05 | FA |
| 6 | Checking (dba Classic Cleaners) Account at First Security Bank & Trust Co xxxxxx6270 | 35.91 | 0.00 | | 0.00 | FA |
| 7 | Savings Account at Family Community Credit Union xxxxxx3001 | 5.00 | 5.00 | | 0.00 | FA |
| 8 | Checking Account at Family Community Credit Union, xxxxxx3001 | 1,135.37 | 1,135.37 | | 2,008.80 | FA |
| 9 | Savings (DIP) Account at Family Community Credit | 5.00 | 5.00 | | 0.00 | FA |
| 10 | Checking (DIP) Account at Family Community Credit union, xxxxxx2001 | 20.00 | 0.00 | | 0.00 | FA |
| 11 | Debtor is given checks daily in payment for cleaning services.<br>All checks are deposited at the Family Community Credit Union in Charles City; | 0.00 | 0.00 | | 0.00 | FA |
| 12 | There may be some deposit with MidAmerican for electric service at 123 Main.<br>There is definitely a rebate owed by MidAmerican. This will require additional research | Unknown | 2,000.00 | | 2,231.63 | FA |
| 13 | Pursuant to the development agreement with the City of Charles City,<br>the debtor has a number of rights or powers which might be characterized as "future interests" or equitable interests in property. The debtor also has certain rights under agreements with the IEDA, Niacog and Cerro Gordo County which might be characterized as future interests or equitable interests in property. In addition, the ownership of the building is split into two condominiums, both of which are owned by the debtor; | Unknown | 0.00 | | 0.00 | FA |
| 14 | The debtor has registered McQuillenPlace.com. The debtor also operates two<br>Facebook pages, one for "Classic Cleaners of Charles City" and one for "McQuillen Place". The design and exterior appearance, including, but not limited to, the silhouette of the clock tower, of McQuillen Place are protected by copyright. | Unknown | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

Case No.:   19-00507

Case Name:   McQuillen Place Company, LLC

For Period Ending:   02/19/2024

Trustee Name:   (350261) Charles L. Smith, Trustee

Date Filed (f) or Converted (c):   12/09/2019 (c)

§ 341(a) Meeting Date:   01/27/2020

Claims Bar Date:   04/08/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | The debtor owns a variety of licenses and contracts rights related to the construction<br>and development of the building. These include building permits, the debtor's interest in two condominiums, the debtor's interest in the condominium association of which the two condominiums are members, the debtor's rights under MEP and other design and construction contracts. | Unknown | 0.00 | | 0.00 | FA |
| 16 | Goodwill Yes | Unknown | 0.00 | | 0.00 | FA |
| 17 | Management of the debtor believes that First Security Bank & Trust Company<br>paid the most recent real estate tax installments improvidently inasmuch as the value of the building (which was not complete) was significantly less than the amount at which the building was assessed. Debtor's management believes these payments should be disgorged by the recipients thereof, and that a new assessment agreement needs to be crafted. The debtor's interest in unwinding these transactions might be considered a "tax refund" of some sort. (Unknown but likely in excess of $250,000); | Unknown | 0.00 | | 0.00 | FA |
| 18 | Lawsuit against Iowa Economic Development<br>Authority, Counterclaim | Unknown | 0.00 | | 0.00 | FA |
| 19 | 1. Counterclaims in EQCV031170 for (a) breach of contract<br>(b) failure to observe covenant of good faith and fair dealing, (c) tortuous interference, (d) fraud, (e) negligent loan administration, (f) disclosure of confidential information (tort, contract, statute), (g) failure to mitigate, and (h) using illegally large market share to overreach; 2. as yet unfiled claims concerning tortuous interference, quantum meriut on $500,000 from CRBT, etc. 3. claim for abuse of process, Counterclaim. | 4,000,000.00 | 25,000.00 | | 10,000.00 | FA |
| 20 | Asset entered in error. Duplicate of Asset #19 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Possible claims against vendors in construction for delays in completion, poor<br>workmanship (requiring repairs), failure to comply initally with codes (requiring retrofitting), and related claims | Unknown | 0.00 | | 0.00 | FA |
| 22 | A/R 90 days old or less. Face amount = $1,328.86<br>Doubtful/Uncollectible accounts = $1,141.70. | 187.16 | 500.00 | | 222.66 | FA |
| 23 | Dry cleaning equipment, including presses, clothing carousel, washers and dryers,<br>pillow machine, air compressor, boiler (in storage), counters, telephones, desks, fax machine, Datamark computer, printer. Sewing machines and related equipment. Radio. | 35,000.00 | 1,000.00 | | 1,500.00 | FA |
| 24 | Finished goods, Goods completed & waiting for customers to pick up | 1,595.85 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

**Case No.:** 19-00507

**Case Name:** McQuillen Place Company, LLC

**For Period Ending:** 02/19/2024

**Trustee Name:** (350261) Charles L. Smith, Trustee

**Date Filed (f) or Converted (c):** 12/09/2019 (c)

**§ 341(a) Meeting Date:** 01/27/2020

**Claims Bar Date:** 04/08/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | Other inventory or supplies: Lint brushes, pillow ticking poly for wrapping finished<br>garments, bags for wrapping finished shirts, sewing and clothing repair supplies. | 3,000.00 | 0.00 | | 0.00 | FA |
| 26 | Customer lists of (a) persons interested in<br><br>(b) persons interested in renting commercial space at McQuillen Place, and (c) persons using the Classic Cleaners division of McQuillen Place Company for dry cleaning, laundry and related garment and fabric repair, cleaning & maintenance. | Unknown | 0.00 | | 0.00 | FA |
| 27 | An unknown number of washers, dryers, dishwashers, stoves and fridges<br>located at 123 North Main Street, Charles City, Iowa (Inventory in progress).; | Unknown | 0.00 | | 20,000.00 | FA |
| 28 | The building at 123 North Main contains various<br>related to its operation as an apartment house. The include smoke detectors,telecommunication devices, cables, boxes for electric circuitry, etc.; | Unknown | 125,000.00 | | 5,000.00 | FA |
| 29 | There are miscellaneous tools, cabinet, mouldings, tables, lamps, fans, heaters,<br>documents, etc. scattered throughout 123 N Main which belong to the debtor. Note: some of these belong to third parties. | Unknown | 25,000.00 | | 2,500.00 | FA |
| 30 | General going concern value and development rights | Unknown | 0.00 | | 0.00 | FA |
| 31 | Limestone salvaged from excavation of 123 North Main prior to construction.<br>Dimension stone left over from facade work on 123 N Main. Drawings, plans, etc. for building. Promotional materials for building. Miscellaneous antique dry cleaning advertising posters. Good will associated with Classic Cleaners. Know-how related to shirt pressing. | Unknown | 0.00 | | 0.00 | FA |
| 32 | Telephone number for Classic Cleaners | Unknown | 0.00 | | 0.00 | FA |
| 33 | Asset entered in error. Duplicate of Asset #12 (u) | 0.00 | 0.00 | | 0.00 | FA |
| 34 | Potential claims against C&R for poor design (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 35 | Counterclaim against Cedar Rapids Bank & Trust (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 36 | Unscheduled causes of action-Hildreth (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 37 | Remnant Assets (u) | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 38 | Settlement of Adv. #19-09035-Subordination Complaint (u) | 0.00 | 30,000.00 | | 30,000.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page:  4

**Case No.:**  19-00507

**Case Name:**   McQuillen Place Company, LLC

**For Period Ending:**   02/19/2024

**Trustee Name:**   (350261) Charles L. Smith, Trustee

**Date Filed (f) or Converted (c):**   12/09/2019 (c)

**§ 341(a) Meeting Date:**   01/27/2020

**Claims Bar Date:**   04/08/2020

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=$554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 39 | 123 N Main Street, Charles City, Iowa 50616 (Duplex of 33 units) <br><br> Lots one, two, three, four and five (1, 2, 3, 4 and 5) of the Irregular Survey of block twenty-one (21), Original plat of St. Charles, now incorporated in and as a part of Charles City, Floyd County, Iowa, subject to easements of record | 500,000.00 | 500,000.00 | | 1,075,000.00 | FA |
| **39** | **Assets Totals (Excluding unknown values)** | **$4,548,127.63** | **$750,362.42** | | **$1,189,180.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/2023:  Closing pending negotiation of all distribution checks and approval of TDR.

12/2022:  Trustee is in the process of resolving accountant compensation and resolving claims issues with principals of the Debtor.

12/2021:  Trustee will retain the services of an accountant to assist in the preparation of income tax returns. Also, Trustee will file a Report of Claims.

12/2020:  The sale of the building is on appeal to the 8th Circuit Court of Appeals and there were objections filed in the sales to First Security Bank which are awaiting a decision by the Bankruptcy Court.

12/2019:  As of 12/31/19 the 341 meeting had not yet been conducted and the partially completed building had not yet been toured and inspected.  Trustee anticipates a sale of the building fre and clear of liens with the undersecured mortgagee granting Trustee a "carve out" of $150,000.

**Initial Projected Date Of Final Report (TFR):**   12/31/2020          **Current Projected Date Of Final Report (TFR):**   06/07/2023 (Actual)

# Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 19-00507 | |
| **Case Name:** | McQuillen Place Company, LLC | |
| **Taxpayer ID #:** | **-***7825 | |
| **For Period Ending:** | 02/19/2024 | |

| | |
|---|---|
| **Trustee Name:** | Charles L. Smith, Trustee (350261) |
| **Bank Name:** | People's United Bank |
| **Account #:** | ********0753 Checking Account |
| **Blanket Bond (per case limit):** | $27,459,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/18/19 | {8} | Debtor | Checking account-Family Comm Cred Union-Non-Exempt funds | 1129-000 | 2,008.80 | | 2,008.80 |
| 01/02/20 | {22} | James F. Smith | Accounts Receivable - Classic Cleaners | 1121-000 | 7.55 | | 2,016.35 |
| 01/02/20 | {22} | Joe or Lori Nettleton | Accounts Receivable - Classic Cleaners | 1121-000 | 73.30 | | 2,089.65 |
| 01/02/20 | {22} | David or Christin Skilton | Accounts Receivable - Classic Cleaners | 1121-000 | 121.72 | | 2,211.37 |
| 01/13/20 | {22} | Gaylene Vickers | Accounts Receivable - Classic Cleaners | 1121-000 | 20.09 | | 2,231.46 |
| 01/13/20 | {5} | First Security Bank | Checking Account at First Security - Turnover of non-exempt funds | 1129-000 | 217.05 | | 2,448.51 |
| 01/31/20 | | Charles M. Thomson | Ford  Windstar & Classic Cleaner assets-Payment pursuant to 1/29/20 Order granting Motion to Sell | | 2,000.00 | | 4,448.51 |
| | {1} | | 2002 Ford Windstar $500.00 | 1129-000 | | | |
| | {23} | | Classic cleaner assets $1,500.00 | 1129-000 | | | |
| 03/25/20 | | Transfer to Acct# 6880 | Bank Transfer | 9999-000 | | 4,448.51 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **4,448.51** | **4,448.51** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 4,448.51 | |
| **Subtotal** | **4,448.51** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,448.51** | **$0.00** | |

# Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 19-00507 | |
| **Case Name:** | McQuillen Place Company, LLC | |
| **Taxpayer ID #:** | **-***7825 | |
| **For Period Ending:** | 02/19/2024 | |

| | |
|---|---|
| **Trustee Name:** | Charles L. Smith, Trustee (350261) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******6880 Checking Account |
| **Blanket Bond (per case limit):** | $27,459,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/25/20 | | Transfer from Acct# 0753 | Bank Transfer | 9999-000 | 4,448.51 | | 4,448.51 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 4,443.51 |
| 04/24/20 | | First Security Bank & Trust | Building at 123 North Main - Payment pursuant to 4/9/20 Order Approving Motion to Sell | | 435,861.78 | | 440,305.29 |
| | {39} | | 123 N Main Street, Charles City $1,075,000.00 | 1110-000 | | | |
| | {27} | | Washers dryers $20,000.00 | 1129-000 | | | |
| | {28} | | building contents $5,000.00 | 1129-000 | | | |
| | | | Real Estate Taxes -$260,354.00 | 4700-000 | | | |
| | | | Real Estate Taxes -$226,621.00 | 2820-000 | | | |
| | | | Real Estate Taxes -$177,163.22 | 2820-000 | | | |
| 04/28/20 | 10101 | Floyd County Treasurer | Payment of Sidewalk Replacement per closing statement | 2500-000 | | 51,298.24 | 389,007.05 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 76.76 | 388,930.29 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 603.65 | 388,326.64 |
| 06/02/20 | 10102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/02/2020 FOR CASE #19-00507, 016018056 | 2300-000 | | 171.58 | 388,155.06 |
| 06/04/20 | {12} | MidAmerican Energy Coompany | Utility Refund | 1129-000 | 2,055.99 | | 390,211.05 |
| 06/18/20 | 10103 | Bankruptcy Estate of McQuillen Place LLC | Transfer of Funds to Availa Bank | 9999-000 | | 360,000.00 | 30,211.05 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 453.61 | 29,757.44 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 49.14 | 29,708.30 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 45.90 | 29,662.40 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 50.57 | 29,611.83 |
| 10/16/20 | {34} | First Security Bank & Trust | Potential claims against C&R - Payment pursuant to 10/14/20 Order Granting Report of Sale | 1249-000 | 2,500.00 | | 32,111.83 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 49.19 | 32,062.64 |
| 11/23/20 | {12} | MidAmerican Energy Company | Refund of utility | 1129-000 | 175.64 | | 32,238.28 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 49.57 | 32,188.71 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 56.59 | 32,132.12 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 49.77 | 32,082.35 |

**Page Subtotals:** $445,041.92  $412,959.57

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 19-00507 | | **Trustee Name:** | | Charles L. Smith, Trustee (350261) | |
| **Case Name:** | McQuillen Place Company, LLC | | **Bank Name:** | | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***7825 | | **Account #:** | | ******6880 Checking Account | |
| **For Period Ending:** | 02/19/2024 | | **Blanket Bond (per case limit):** | | $27,459,000.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| 02/22/21 | {35} | Cedar Rapids Bank & Trust | Counterclaim against Cedar Rapids Bank & Truste-payment pursuant to 2/16/21 Order approving sell of claim | 1249-000 | 20,000.00 | | 52,082.35 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 52.26 | 52,030.09 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 91.72 | 51,938.37 |
| 04/19/21 | | First Security Bank and Trust | Counterclaims & Settlement of Adversary-Payment pursuant to 3/30/21 Ruling | | 40,000.00 | | 91,938.37 |
| | {19} | | Counterclaims in EQCV031170 $5,000.00 | 1129-000 | | | |
| | {19} | | Counterclaims in EQCV031170 $5,000.00 | 1129-000 | | | |
| | {38} | | Settlement of Adv.#19-09035-Subordination Complaint $30,000.00 | 1249-000 | | | |
| 04/23/21 | | Bankruptcy Estate of McQuillen Place | Transfer from Availa bank | 9999-000 | 155,756.09 | | 247,694.46 |
| 04/26/21 | 10104 | First Security Bank & Trust | Per 3/30/21 Ruling on Motion to Sell & Agreement-Doc 256 | 4110-000 | | 207,386.81 | 40,307.65 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 151.77 | 40,155.88 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 60.06 | 40,095.82 |
| 06/04/21 | 10105 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2021 FOR CASE #19-00507, Bond #016018056 | 2300-000 | | 19.74 | 40,076.08 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 70.66 | 40,005.42 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 64.11 | 39,941.31 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 68.28 | 39,873.03 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 63.90 | 39,809.13 |
| 10/05/21 | {36} | First Security Bank and Trust | Unscheduled causes of action-Payment per 9/15/21 Order approving Notice and Report of Sale | 1249-000 | 2,500.00 | | 42,309.13 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 64.88 | 42,244.25 |
| 11/05/21 | {29} | First Security Bank & Trust | Miscellaneous Tools or equipment-Payment pursuant to 11/4/21 Order Approving Sale | 1129-000 | 2,500.00 | | 44,744.25 |
| 11/11/21 | 10106 | First Security Bank & Trust | Tools & Equipment - Payment pursuant to 11/2/21 Order Approving Notice & Report of Sale | 4210-000 | | 25,000.00 | 19,744.25 |
| 11/23/21 | | Bankruptcy Estate of McQuillen Place | Transfer of funds from Availa Bank | 9999-000 | 20,000.00 | | 39,744.25 |
| 11/24/21 | 10107 | First Security Bank & Trust | Ch 7 & Ch 11 Admin expenses; Payment pursuant to 6/23/21 Order Approving Payment of Admin Exp | | | 25,705.35 | 14,038.90 |

Page Subtotals:   $240,756.09   $258,799.54

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 4

| | | |
|---|---|---|
| **Case No.:** | 19-00507 | |
| **Case Name:** | McQuillen Place Company, LLC | |
| **Taxpayer ID #:** | **-***7825 | |
| **For Period Ending:** | 02/19/2024 | |

| | |
|---|---|
| **Trustee Name:** | Charles L. Smith, Trustee (350261) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******6880 Checking Account |
| **Blanket Bond (per case limit):** | $27,459,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Ch 7 Admin Expenses to Maintain Property $10,776.35 | 2420-000 | | | |
| | | | Ch 11 Admin expenses-Insurance $14,929.00 | 6950-000 | | | |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 65.67 | 13,973.23 |
| 12/15/21 | {37} | First Security Bank and Trust | Remnant Assets-Payment pursuant to 11/18/21 Order directing Auction | 1229-000 | 10,000.00 | | 23,973.23 |
| 12/15/21 | {37} | First Security Bank and Trust | Remnant Assets-Payment pursuant to 11/18/21 Order directing Auction | 1229-000 | 5,000.00 | | 28,973.23 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 38.70 | 28,934.53 |
| 01/14/22 | | Bankruptcy Estate of McQuillen Place | Transferred funds from Availa Bank | 9999-000 | 183,245.77 | | 212,180.30 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 191.67 | 211,988.63 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 317.13 | 211,671.50 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 373.21 | 211,298.29 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 327.36 | 210,970.93 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 326.85 | 210,644.08 |
| 06/01/22 | 10108 | Interntional Sureties, LTD | Bond Payments | 2300-000 | | 98.19 | 210,545.89 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 371.27 | 210,174.62 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 325.62 | 209,849.00 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 369.96 | 209,479.04 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 335.73 | 209,143.31 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 324.02 | 208,819.29 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 357.02 | 208,462.27 |
| 12/19/22 | 10109 | Telpner Peterson Law Firm, LLP | Attorney for Trustee Fees per 12/19/22 Order | 3110-000 | | 54,096.00 | 154,366.27 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 305.20 | 154,061.07 |
| 01/10/23 | | Transfer Debit to TriState Capital Bank acct XXXXXX2563 | Transition Debit to TriState Capital Bank acct XXXXXX2563 | 9999-000 | | 154,061.07 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 884,043.78 | 884,043.78 | $0.00 |
| Less: Bank Transfers/CDs | 363,450.37 | 514,061.07 | |
| **Subtotal** | 520,593.41 | 369,982.71 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$520,593.41** | **$369,982.71** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| | | |
|---|---|---|
| Case No.: | 19-00507 | |
| Case Name: | McQuillen Place Company, LLC | |
| Taxpayer ID #: | **-***7825 | |
| For Period Ending: | 02/19/2024 | |

| | |
|---|---|
| Trustee Name: | Charles L. Smith, Trustee (350261) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******2649 Carve Out Account |
| Blanket Bond (per case limit): | $27,459,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

(No transactions on file for this period)

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $0.00 | |

# Form 2

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 19-00507 | Trustee Name: | Charles L. Smith, Trustee (350261) |
|---|---|---|---|
| Case Name: | McQuillen Place Company, LLC | Bank Name: | Availa Bank |
| Taxpayer ID #: | **-***7825 | Account #: | ***1762 Checking |
| For Period Ending: | 02/19/2024 | Blanket Bond (per case limit): | $27,459,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/18/20 | | Deposit | Transfer from Metropolitan Bank | 9999-000 | 360,000.00 | | 360,000.00 |
| 06/30/20 | | Availa Bank | Analysis Charge | 2600-000 | | 32.84 | 359,967.16 |
| 06/30/20 | | Availa Bank | Service Charge | 2600-000 | | 2.30 | 359,964.86 |
| 07/31/20 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,914.86 |
| 07/31/20 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,911.36 |
| 08/31/20 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,861.36 |
| 08/31/20 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,857.86 |
| 09/30/20 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,807.86 |
| 09/30/20 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,804.36 |
| 10/31/20 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,754.36 |
| 10/31/20 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,750.86 |
| 11/30/20 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,700.86 |
| 11/30/20 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,697.36 |
| 12/31/20 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,647.36 |
| 12/31/20 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,643.86 |
| 01/31/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,593.86 |
| 01/31/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,590.36 |
| 02/28/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,540.36 |
| 02/28/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,536.86 |
| 03/31/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 359,486.86 |
| 03/31/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 359,483.36 |
| 04/23/21 | | Cashiers Check | Withdrawal | 9999-000 | | 155,756.09 | 203,727.27 |
| 04/30/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 203,677.27 |
| 04/30/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 203,673.77 |
| 05/31/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 203,623.77 |
| 05/31/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 203,620.27 |
| 06/30/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 203,570.27 |
| 06/30/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 203,566.77 |
| 07/31/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 203,516.77 |
| 07/31/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 203,513.27 |
| 08/31/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 203,463.27 |
| 08/31/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 203,459.77 |
| 09/30/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 203,409.77 |
| 09/30/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 203,406.27 |
| 10/31/21 | | Availa Bank | Service Tax | 2600-000 | | 50.00 | 203,356.27 |
| 10/31/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 203,352.77 |
| 11/23/21 | | Cashiers Check | Withdrawal | 9999-000 | | 20,000.00 | 183,352.77 |
| 11/30/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 183,302.77 |
| 11/30/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 183,299.27 |
| 12/31/21 | | Availa Bank | Service Charge | 2600-000 | | 50.00 | 183,249.27 |
| 12/31/21 | | Availa Bank | Sales Tax | 2600-000 | | 3.50 | 183,245.77 |

Page Subtotals:    $360,000.00    $176,754.23

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 7

| Case No.: | 19-00507 | Trustee Name: | Charles L. Smith, Trustee (350261) |
|---|---|---|---|
| Case Name: | McQuillen Place Company, LLC | Bank Name: | Availa Bank |
| Taxpayer ID #: | **-***7825 | Account #: | ***1762 Checking |
| For Period Ending: | 02/19/2024 | Blanket Bond (per case limit): | $27,459,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/14/22 | | Bankruptcy Estate of McQuillen Place | Transfer to Metropolitan Bank | 9999-000 | | 183,245.77 | 0.00 |

|  |  | COLUMN TOTALS | 360,000.00 | 360,000.00 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers/CDs | 360,000.00 | 359,001.86 | |
| | | **Subtotal** | **0.00** | **998.14** | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$0.00** | **$998.14** | |

# Form 2

Exhibit 9

Page: 8

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 19-00507 | |
| **Case Name:** | McQuillen Place Company, LLC | |
| **Taxpayer ID #:** | **-***7825 | |
| **For Period Ending:** | 02/19/2024 | |

| | |
|---|---|
| **Trustee Name:** | Charles L. Smith, Trustee (350261) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******2563 Checking Account |
| **Blanket Bond (per case limit):** | $27,459,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/10/23 | | Transfer Credit from Metropolitan Commercial Bank acct XXXXXX6880 | Transition Credit from Metropolitan Commercial Bank acct XXXXXX6880 | 9999-000 | 154,061.07 | | 154,061.07 |
| 01/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 263.37 | 153,797.70 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 230.06 | 153,567.64 |
| 03/01/23 | 2000 | TBB Advisors | Payment pursuant to 2/28/23 Granting Application for Compensation Voided on 03/01/2023 | 3410-004 | | 47,280.00 | 106,287.64 |
| 03/01/23 | 2000 | TBB Advisors | Payment pursuant to 2/28/23 Granting Application for Compensation Voided: check issued on 03/01/2023 | 3410-004 | | -47,280.00 | 153,567.64 |
| 03/01/23 | 2001 | TBB Advisors | Payment pursuant to 2/28/23 Order Granting Application for Compensation | 3410-000 | | 4,728.00 | 148,839.64 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 251.55 | 148,588.09 |
| 04/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 222.26 | 148,365.83 |
| 07/06/23 | 2002 | Charles L. Smith, Trustee | Distribution payment - Dividend paid at 100.00% of $58,925.40; Claim # FEE; Filed: $58,925.40 | 2100-000 | | 58,925.40 | 89,440.43 |
| 07/06/23 | 2003 | Charles L. Smith, Trustee | Distribution payment - Dividend paid at 100.00% of $2,264.96; Claim # TE; Filed: $2,264.96 | 2200-000 | | 2,264.96 | 87,175.47 |
| 07/06/23 | 2004 | Telpner Peterson Law Firm, LLP | Distribution payment - Dividend paid at 100.00% of $11,940.00; Claim # ; Filed: $11,940.00 | 3110-000 | | 11,940.00 | 75,235.47 |
| 07/06/23 | 2005 | Clerk, US Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $188.00; Claim # ; Filed: $188.00 | 2700-000 | | 188.00 | 75,047.47 |
| 07/06/23 | 2006 | U.S. Trustee | Distribution payment - Dividend paid at 100.00% of $650.00; Claim # 19; Filed: $650.00 | 2950-000 | | 650.00 | 74,397.47 |
| 07/06/23 | 2007 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $200.00; Claim # 2P; Filed: $200.00 | 5800-000 | | 200.00 | 74,197.47 |
| 07/06/23 | 2008 | U.S. Bankruptcy Clerk | Combined small dividends. | 7100-001 | | 2.30 | 74,195.17 |
| 07/06/23 | 2009 | Pederson Plumbing | Distribution payment - Dividend paid at 1.15% of $26,943.51; Claim # 3; Filed: $26,943.51 | 7100-000 | | 308.66 | 73,886.51 |
| 07/06/23 | 2010 | First Security Bank & Trust Company | Distribution payment - Dividend paid at 1.15% of $750,000.00; Claim # 4U-2; Filed: $3,530,746.28 | 7100-000 | | 8,591.75 | 65,294.76 |
| 07/06/23 | 2011 | T-J Service, Inc. | Distribution payment - Dividend paid at 1.15% of $18,957.82; Claim # 5; Filed: $18,957.82 | 7100-000 | | 217.17 | 65,077.59 |
| 07/06/23 | 2012 | Day Rettig Martin, P.C. | Distribution payment - Dividend paid at 1.15% of $6,330.00; Claim # 6; Filed: $6,330.00 | 7100-000 | | 72.51 | 65,005.08 |
| 07/06/23 | 2013 | Cornice & Rose International, LLC | Distribution payment - Dividend paid at 1.15% of $2,516,851.30; Claim # 7; Filed: $2,516,851.30 | 7100-000 | | 28,832.21 | 36,172.87 |

**Page Subtotals:** **$154,061.07** **$117,888.20**

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 9

| Case No.: | 19-00507 | Trustee Name: | Charles L. Smith, Trustee (350261) |
|---|---|---|---|
| Case Name: | McQuillen Place Company, LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***7825 | Account #: | ******2563 Checking Account |
| For Period Ending: | 02/19/2024 | Blanket Bond (per case limit): | $27,459,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/06/23 | 2014 | Iowa Economic Development Authority | Distribution payment - Dividend paid at 1.15% of $2,337,099.00; Claim # 12U; Filed: $2,337,099.00 Stopped on 10/13/2023 | 7100-005 | | 26,773.03 | 9,399.84 |
| 07/06/23 | 2015 | Hawkeye Alarm | Distribution payment - Dividend paid at 1.15% of $9,108.44; Claim # 14; Filed: $9,108.44 | 7100-000 | | 104.34 | 9,295.50 |
| 07/06/23 | 2016 | Dean Snyder Construction Co. | Distribution payment - Dividend paid at 1.15% of $8,068.17; Claim # 15; Filed: $8,068.17 | 7100-000 | | 92.43 | 9,203.07 |
| 07/06/23 | 2017 | Kamm Excavating Corp | Distribution payment - Dividend paid at 1.15% of $7,422.78; Claim # 17; Filed: $7,422.78 | 7100-000 | | 85.03 | 9,118.04 |
| 07/06/23 | 2018 | Planscape Partners | Distribution payment - Dividend paid at 1.15% of $20,587.50; Claim # 18; Filed: $20,587.50 | 7100-000 | | 235.84 | 8,882.20 |
| 07/06/23 | 2019 | Bluhm's Cedar Valley Electric | Distribution payment - Dividend paid at 1.15% of $15,000.00; Claim # 21; Filed: $15,000.00 | 7100-000 | | 171.83 | 8,710.37 |
| 07/06/23 | 2020 | Bluhm's Cedar Valley Electric | Distribution payment - Dividend paid at 1.15% of $1,924.07; Claim # 22; Filed: $1,924.07 | 7100-000 | | 22.04 | 8,688.33 |
| 07/06/23 | 2021 | First Security Bank & Trust Company | Distribution payment - Dividend paid at 1.15% of $750,000.00; Claim # 23U; Filed: $3,505,746.28 | 7100-000 | | 8,591.75 | 96.58 |
| 07/06/23 | 2022 | Elwood Law Firm | Distribution payment - Dividend paid at 1.15% of $8,430.51; Claim # 24; Filed: $8,430.51 | 7100-000 | | 96.58 | 0.00 |
| 07/27/23 | | United States Treasury | Refund of copy fees | 2200-002 | | -172.00 | 172.00 |
| 10/13/23 | 2014 | Iowa Economic Development Authority | Distribution payment - Dividend paid at 1.15% of $2,337,099.00; Claim # 12U; Filed: $2,337,099.00 Stopped: check issued on 07/06/2023 | 7100-005 | | -26,773.03 | 26,945.03 |
| 10/13/23 | 2023 | Iowa Economic Development Authority | Distribution payment - Dividend paid at 1.15% of $2,337,099.00; Claim # 12U; Filed: $2,337,099.00 | 7100-005 | | 26,773.03 | 172.00 |
| 12/08/23 | 2024 | First Security Bank & Trust Company | Distribution payment - Dividend paid at 0.00% of $750,000.00; Claim # 4U-2; Filed: $3,530,746.28 | 7100-000 | | 19.92 | 152.08 |
| 12/08/23 | 2025 | Cornice & Rose International, LLC | Distribution payment - Dividend paid at 0.00% of $2,516,851.30; Claim # 7; Filed: $2,516,851.30 | 7100-000 | | 66.83 | 85.25 |
| 12/08/23 | 2026 | Iowa Economic Development Authority | Distribution payment - Dividend paid at 0.00% of $2,337,099.00; Claim # 12U; Filed: $2,337,099.00 | 7100-000 | | 62.06 | 23.19 |
| 12/08/23 | 2027 | U.S. Bankruptcy Clerk | Combined small dividends. | | | 3.27 | 19.92 |
| | | Bluhm's Cedar Valley Electric | Claims Distribution - Wed, 11-22-2023 $0.40 | 7100-001 | | | |
| | | Bluhm's Cedar Valley Electric | Claims Distribution - Wed, 11-22-2023 $0.05 | 7100-001 | | | |
| | | Elwood Law Firm | Claims Distribution - Wed, 11-22-2023 $0.22 | 7100-001 | | | |

|  | Page Subtotals: | $0.00 | $36,152.95 |
|---|---|---|---|

## Form 2

Exhibit 9
Page: 10

## Cash Receipts And Disbursements Record

| Case No.: | 19-00507 | Trustee Name: | Charles L. Smith, Trustee (350261) |
|---|---|---|---|
| Case Name: | McQuillen Place Company, LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***7825 | Account #: | ******2563 Checking Account |
| For Period Ending: | 02/19/2024 | Blanket Bond (per case limit): | $27,459,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Day Rettig Martin, P.C. | Claims Distribution - Wed, 11-22-2023 $0.17 | 7100-001 | | | |
| | | Pederson Plumbing | Claims Distribution - Wed, 11-22-2023 $0.71 | 7100-001 | | | |
| | | Planscape Partners | Claims Distribution - Wed, 11-22-2023 $0.55 | 7100-001 | | | |
| | | Dean Snyder Construction Co. | Claims Distribution - Wed, 11-22-2023 $0.21 | 7100-001 | | | |
| | | Hawkeye Alarm | Claims Distribution - Wed, 11-22-2023 $0.25 | 7100-001 | | | |
| | | Kamm Excavating Corp | Claims Distribution - Wed, 11-22-2023 $0.20 | 7100-001 | | | |
| | | T-J Service, Inc. | Claims Distribution - Wed, 11-22-2023 $0.51 | 7100-001 | | | |
| 12/08/23 | 2028 | First Security Bank & Trust Company | Distribution payment - Dividend paid at 0.00% of $750,000.00; Claim # 23U; Filed: $3,505,746.28 | 7100-000 | | 19.92 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 154,061.07 | 154,061.07 | $0.00 |
| Less: Bank Transfers/CDs | | 154,061.07 | 0.00 | |
| Subtotal | | 0.00 | 154,061.07 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $154,061.07 | |

Exhibit 9
Page:   11

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 19-00507 |
| **Case Name:** | McQuillen Place Company, LLC |
| **Taxpayer ID #:** | **-***7825 |
| **For Period Ending:** 02/19/2024 | |

| | |
|---|---|
| **Trustee Name:** | Charles L. Smith, Trustee (350261) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******2563 Checking Account |
| **Blanket Bond (per case limit):** $27,459,000.00 | |
| **Separate Bond (if applicable):** N/A | |

| | |
|---|---|
| Net Receipts: | $525,041.92 |
| Plus Gross Adjustments: | $639,138.22 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | -$172.00 |
| Net Estate: | $1,164,352.14 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ********0753 Checking Account | $4,448.51 | $0.00 | $0.00 |
| ******6880 Checking Account | $520,593.41 | $369,982.71 | $0.00 |
| ******2649 Carve Out Account | $0.00 | $0.00 | $0.00 |
| ***1762 Checking | $0.00 | $998.14 | $0.00 |
| ******2563 Checking Account | $0.00 | $154,061.07 | $0.00 |
| | **$525,041.92** | **$525,041.92** | **$0.00** |